UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
Phone # (856) 330-6200
Email: aagrawal@egalawfirm.com
File No. FF-1770-A

In Re:

Raphael S. Gardee

Case No.: 20-13167

Chapter: 7

Judge:

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ____Fulton Bank, NA____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 03/04/2020

/s/ Amar A. Agrawal
Signature

*new.8/1/15*