THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ  08016
(609) 386-8700
TRUSTEE

_____

In re

GARDEE, RAPHAEL S

Debtor.

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 7
Case No. 20-13167 (KCF)

CERTIFICATION IN OPPOSITION
TO STAY MOTION

Hearing Date: May 5, 2020 at 10:00 AM
Argument: Requested

Thomas J. Orr, certifies as follows:

1.  I am the Chapter 7 Trustee. The petition was filed on February 26, 2020. The 341(a) meeting was scheduled for April 20, 2020 and postponed to May 6, 2020 as Mr. Gardee had a medical emergency.

2.  The moving papers value the property at $276,000 and the mortgage balance is about $85,000 potentially leaving significant equity in the property.

3.  I need to examine the debtor and conduct an independent evaluation of the property to determine if it should be sold. I request that the stay motion be denied or postponed.

4.  I certify that the statements made by me above are true. I am aware that if they are willfully false, I am subject to punishment.

_____
/s/Thomas J. Orr

Dated:  April 25, 2020