Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13167−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raphael S Gardee
   161 Pleasant Valley Rd
   Titusville, NJ 08560

Social Security No.:
   xxx−xx−0208

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Margaret Mcgee on behalf of U.S. Trustee.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐   The corporate debtor is self−represented.

    ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 7/21/20
Time: 02:15 PM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: June 18, 2020
JAN:

                                                        Jeanne Naughton
                                                        Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 20-13167-KCF
Raphael S Gardee                                                    Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2           Date Rcvd: Jun 18, 2020
                              Form ID: 170                 Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db             +Raphael S Gardee,    161 Pleasant Valley Rd,    Titusville, NJ 08560-2104
cr             +Eastern Funding LLC,    C/O Saldutti Law Group,    800 N. Kings Highway, Suite 300,
                 Cherry Hill, NJ 08034-1511
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 NEWMARK DRIVE,    ATTN: BANKRUPTCY,
                 MIAMISBURG, OH 45342-5421
518732565      +Amcol Systems,    PO Box 21625,   Columbia, SC 29221-1625
518732566      +American Express,    PO Box 1270,   Newark, NJ 07101-1270
518732567      +Armac,   71 Passaic Ave,    Florham Park, NJ 07932-3040
518732568      +Baldor Foods,    155 Food Center Dr,    Bronx, NY 10474-7136
518732569      +Barclays Bank,    125 South West Street,    Wilmington, DE 19801-5014
518732570      +Begley Carlin and Mandio,    680 Middletown Blvd,    Langhorne, PA 19047-1817
518732572      +Bunker Hill,    7 Three Acre Lane,   Princeton, NJ 08540-8437
518732575      +Columbus Central,    PO Box 220,   Columbus, NJ 08022-0220
518732577      +Crivelli and Barbati,    2653 Nottingham Way,    Trenton, NJ 08619-4109
518801995      +Eastern Funding, LLC,    c/o Saldutti Law Group,    800 Kings Highway N., Suite 300,
                 Cherry Hill, NJ 08034-1511
518732578      +Fedex,   PO Box 371461,    Pittsburgh, PA 15250-7461
518732579      +Fulton Bank,    Attn Eisenberg Gold and Agarwal,    1040 North Kings Highway,
                 Cherry Hill, NJ 08034-1908
518732580      +IC Systems,    444 Highway 96 East,    Saint Paul, MN 55127-2557
518732582      +JCP&L,   PO Box 3687,    Akron, OH 44309-3687
518732584      +MLR Solutions,    PO Box 60536,   King of Prussia, PA 19406-0536
518732585      +New Chapter Inc,    Attn Amato and Keating,    107 North Commerce Way,    Bethlehem, PA 18017-8913
518732586      +PA Dept of Revenue,    PO Box 280431,    Harrisburg, PA 17128-0431
518732587       PACCAR Financial,    4991 W US Hwy 20,    Horsham, PA 19044
518793056      +PNC,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
518732588      +PNC,   PO Box 747032,    Pittsburgh, PA 15274-7032
518732589      +Princeton Nassau Pediatrics,    301 Harrison Street,    Princeton, NJ 08540-3512
518732590      +Princeton Orthopedics,    325 Princeton Ave,    Princeton, NJ 08540-1617
518732591      +Quest Diagnostics,    PO Box 64813,    Baltimore, MD 21264-4813
518732593     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of NJ,    PO Box 269,    Trenton, NJ 08695)
518732592       Sklar Law,    1200 Laurel Rd,   Voorhees, NJ 08043
518732594      +Stockx,    1046 Woodward Ave,   Detroit, MI 48226-1906
518732595      +Township of Falls Authority,    557 Lincoln Highway,    Fairless Hills, PA 19030-1401
518732597      +Vengroff Williams Inc,    PO Box 4155,    Sarasota, FL 34230-4155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2020 00:07:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2020 00:07:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@fult.com Jun 19 2020 00:08:19      Fulton Bank, NA,
                 533 Fellowship Road,    Suite 250,   Mount Laurel, NJ 08054-3411
518732564      +E-mail/Text: bkrpt@retrievalmasters.com Jun 19 2020 00:07:31      AMCA,
                 2269 S Saw Mill River Rd,    Elmsford, NY 10523-3832
518732571       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 19 2020 00:16:53      BMW Financial,
                 PO Box 3608,    Dublin, OH 43016
518732574      +E-mail/Text: Harris@ebn.phinsolutions.com Jun 19 2020 00:08:18      Childrens Hosp of Phil,
                 PO Box 5462,    Chicago, IL 60680-5462
518732576      +E-mail/Text: documentfiling@lciinc.com Jun 19 2020 00:06:32      Comcast Business,
                 PO Box 70219,    Philadelphia, PA 19176-0219
518807763      +E-mail/Text: bankruptcy@fult.com Jun 19 2020 00:08:19      Fulton Bank, NA,
                 533 Fellowship Road, Suite 250,    Mount Laurel, New Jersey 08054-3411
518732581      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 19 2020 00:07:05      IRS,    PO BOX 7346,
                 Philadelphia, PA 19101-7346
518732583      +E-mail/Text: bknotices@mbandw.com Jun 19 2020 00:07:53      McCarthy Burgess and Wolff,
                 26000 cannon Rd,   Bedford, OH 44146-1807
518732596      +E-mail/Text: customercreditterms@unfi.com Jun 19 2020 00:06:32      United Natural Foods,
                 313 Iron Horse Way,    Providence, RI 02908-5637
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518732573        CAR LOAN
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jun 18, 2020
                              Form ID: 170             Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:

```
              Amar Anand Agrawal     on behalf of Creditor    Fulton Bank, NA aagrawal@egalawfirm.com,
               ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Andre L. Kydala    on behalf of Debtor Raphael S Gardee kydalalaw@aim.com, kydalalaw@aim.com
              Christian  Del Toro    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               cdeltoro@martonelaw.com, bky@martonelaw.com
              Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
               Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frank J Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
              Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Rebecca K. McDowell    on behalf of Creditor    Eastern Funding LLC rmcdowell@slgcollect.com
              Thomas  Orr     tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```