UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MARTONE & UHLMANN,
A PROFESSIONAL CORPORATION
777 PASSAIC AVE STE 535
CLIFTON, NJ 07012
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED CREDITOR/SERVICING AGENT,
 PNC BANK, NATIONAL ASSOCIATION
36.8586

In Re:

RAPHAEL S. GARDEE

Case No.       20-13167

Chapter:       7

Hearing Date:  July 14, 2020

Judge:         Kathryn C. Ferg

## ADJOURNMENT REQUEST

1. I, __Christian DelToro__,

   ☒ am the attorney for: __PNC Bank, National Association__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Automatic Stay

   Current hearing date and time: July 14, 2020 10:00 am

   New date requested: July 21, 2020 at 10:00 am

   Reason for adjournment request: To allow the Motion for Relief to be heard at the same time as the Trustee's Motion to Dismiss

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 7/8/2020

Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 7/21/2020 at 2:15 p.m.    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2