UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MARTONE & UHLMANN,
A PROFESSIONAL CORPORATION
777 PASSAIC AVE STE 535
CLIFTON, NJ 07012
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED
CREDITOR/SERVICING AGENT,
 PNC BANK, NATIONAL ASSOCIATION
36.8586

In Re:

RAPHAEL S. GARDEE

Case No.: 2013167

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: July 21, 2020

Judge: Kathryn C. Ferg

## ADJOURNMENT REQUEST

1. I, _____Christian DelToro_____,

   ☒ am the attorney for: _____PNC Bank, National Association_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Automatic Stay

   Current hearing date and time: July 21 2020 2:15 pm

   New date requested: August 18, 2020 at 10:00 am

   Reason for adjournment request: To allow the trustee to obtain an appraisal of the subject property.
   Also, per email the Trustee is attempting to resolve the matter with a consent order (dmm)

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 7/20/2020

_____
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 8/18/20 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2