UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MARTONE & UHLMANN,
A PROFESSIONAL CORPORATION
777 PASSAIC AVE STE 535
CLIFTON, NJ 07012
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED
CREDITOR/SERVICING AGENT,
 PNC BANK, NATIONAL ASSOCIATION
36.8586

In Re:

RAPHAEL S. GARDEE

Case No.: _____2013167_____

Adv. Pro. No.: _____

Chapter: _____7_____

Hearing Date: August 18, 2020
~~July 21, 2020~~

Judge: Kathryn C. Ferguson

## ADJOURNMENT REQUEST

1.     I, _____Christian DelToro_____,

     ☒    am the attorney for: _____PNC Bank, National Association_____,

     ☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Motion for Relief from Automatic Stay

Current hearing date and time: August 18, 2020 at 10:00 AM

New date requested: September 1, 2020 at 10:00 am

Reason for adjournment request: To allow the trustee to obtain an appraisal of the subject

property as well as possible resolution of the MFR

2.     Consent to adjournment:

     ☒ I have the consent of all parties.      ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 8/17/2020

Signature

_____

**COURT USE ONLY:**

The request for adjournment is:

X   Granted          New hearing date: 9/1/2020 at 10:00 a.m.      X  Peremptory

☐   Granted over objection(s)  New hearing date: _____  ☐  Peremptory

☐   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*