UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Caption in Compliance with D.N.J. LBR 9004-1(b)
MARTONE & UHLMANN,
A PROFESSIONAL CORPORATION
777 PASSAIC AVE STE 535
CLIFTON, NJ 07012
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED
CREDITOR/SERVICING AGENT,
PNC BANK, NATIONAL ASSOCIATION
36.8586

Case No. 20-13167

Chapter 7

In re:

Judge Kathryn C. Ferguson

RAPHAEL S. GARDEE

**CONSENT ORDER RESOLVING THE MOTION FOR RELIEF WITH REGARD TO THE
PROPERTY LOCATED AT 36 WILFRED AVENUE, TITUSVILLE NJ 08560**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby

ORDERED

**DATED: September 11, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:              Raphael S. Gardee
Case No.:            20-13167
Caption of Order:    CONSENT ORDER RESOLVING THE MOTION FOR RELIEF WITH REGARD
                     TO THE PROPERTY LOCATED AT 36 WILFRED AVENUE, TITUSVILLE NJ
                     08560

This matter being opened to the Court by Martone and Uhlmann, P.C., attorneys for the
Secured Creditor, PNC Bank, National Association, upon the filing of Motion for Relief with
regards to the treatment of Secured Creditor's lien secured by the property located at 36
WILFRED AVENUE, TITUSVILLE NJ 08560 in a Chapter 13 case and due notice of said
Motion to the Chapter 7 Trustee, the Debtor and the attorney for the Debtor; and no
response/objection filed by the Debtor, and for good cause shown, it is

1. ORDERED that the Automatic Stay is lifted in a limited capacity as to Creditor, PNC
   Bank, National Association, to allow them to proceed with the foreclosure case,
   docketed as F-018986-19 or further foreclosure case if necessary, up to and including
   to entry of the Final Judgment;

2. ORDERED that the Chapter 7 Trustee is allowed to continue to market; enter a
   contract to sell; and file the Necessary Motion to Sell the premises located at 36 Wilfred
   Avenue, Titusville, New Jersey 08560 for five months from the entry of this order;

3. ORDERED, that the Chapter 7 trustee is allowed to complete the closing on the sale of
   the premises located at 36 Wilfred Avenue, Titusville, New Jersey 08560 until six months
   from the entry of this order;

4. ORDERED, that if the Chapter 7 trustee is unable to enter into a contract to sell the
   premises that completely pays off the lien held by PNC  Bank National Association or
   proceed to sale by the deadlines set in the prior paragraphs, then this Court will enter an
   Order Terminating the Automatic Stay and allowing the Creditor to proceed with their
   rights in state court including foreclosure and eviction; and

5. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via
   regular mail.  The Debtor's attorney and Chapter 7 Trustee will be served electronically
   via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the
form and entry of the within Order:*

**Law Offices of Thomas J. Orr**
*Chapter 7 Trustee*

By: _Thomas J. Orr_

Thomas J. Orr, Esq.
Dated:__9-10-2020__

**Martone and Uhlmann, P.C.**
*Attorneys for Secured Creditor*

By: _____

Christian Del Toro, Esq.
Dated: _____September 11, 2020_____