| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>(609)386-8700<br>tom@torrlaw.com<br>Attorney for Chapter 7 Trustee |
| In Re:<br><br>GARDEE, RAPHAEL S<br><br>Debtor |

Order Filed on September 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   20-13167
Chapter:    7
Judge:      KCF

# ORDER AUTHORIZING RETENTION OF

## THOMAS J. ORR, ESQ

The relief set forth on the following page is **ORDERED**.

DATED: September 28, 2020

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>Thomas J. Orr</u> as <u>Attorney for Chapter 7 Trustee,</u> it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:

   <u>Thomas J. Orr</u>
   <u>321 High Street</u>
   <u>Burlington, NJ 08016</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*