UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Chapter 7 Trustee

Order Filed on September 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GARDEE, RAPHAEL S

Debtor

Case No.:    20-13167
Chapter:     7
Judge:       KCF

# ORDER AUTHORIZING RETENTION OF

## THOMAS J. ORR, ESQ

The relief set forth on the following page is **ORDERED**.

DATED: September 28, 2020

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>Thomas J. Orr</u> as <u>Attorney for Chapter 7 Trustee</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:

   <u>Thomas J. Orr</u>
   <u>321 High Street</u>
   <u>Burlington, NJ 08016</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13167-KCF |
| Raphael S Gardee | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

**Recip ID        Recipient Name and Address**
db            + Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

**Name            Email Address**

Amar Anand Agrawal
            on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, ksantiago@egalawfirm.com,jwingfield@egalawfirm.com

Andre L. Kydala
            on behalf of Debtor Raphael S Gardee kydalalaw@aim.com  kydalalaw@aim.com

Andrew Sklar
            on behalf of Creditor Rainforest Distribution andy@sklarlaw.com

Christian Del Toro
            on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
            on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frank J Martone

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Rebecca K. McDowell
    on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas J Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12