UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Maggie McGee, Esquire
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone:  (973) 645-3014
Facsimile:  (973) 645-5993
Email: Maggie.McGee@usdoj.gov

**Order Filed on January 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.:  20-13167 (KCF) |
|---|---|
| Raphael S. Gardee, | Chapter 7 |
| Debtor. | Hearing Date: January 19, 2021, at 2:15 p.m. |
| | Judge: Kathryn C. Ferguson |

**ORDER COMPELLING DEBTOR TO COMPLY WITH A SUBPOENA AND PRODUCE
DOCUMENTS AND EXTENDING TIME TO FILE A MOTION TO DISMISS CASE FOR
ABUSE UNDER 11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A
COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

..........

**DATED: January 19, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Raphael S. Gardee
Chapter 7 Case No. 20-13167 (KCF)
**ORDER COMPELLING DEBTOR TO COMPLY WITH A SUBPOENA AND PRODUCE DOCUMENTS AND EXTENDING TIME TO FILE A MOTION TO DISMISS CASE FOR ABUSE UNDER 11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727:**

Upon consideration of the United States Trustee's motion, by and through counsel, for an Order Compelling Debtor to Comply with a Subpoena and Produce Documents, Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3), and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 and notice of the motion having been given to the Debtor and Debtor's Counsel, and the Court having found cause for the entry of the within order, it is hereby:

**ORDERED** that the motion of the United States Trustee is hereby **GRANTED**; and it is further

**ORDERED** that the Debtor shall produce the requested documents by no later than one week after the entry of this order; and it is further

**ORDERED** that the time to file a motion to dismiss case under 11 U.S.C. §§ 707(b)(1) and (3), or a complaint objecting to discharge under 11 U.S.C. § 727 is extended ninety days to and including **March 17, 2021**.