UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Maggie McGee, Esquire
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone:  (973) 645-3014
Facsimile:  (973) 645-5993
Email: Maggie.McGee@usdoj.gov

**Order Filed on January 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Raphael S. Gardee,

Debtor.

Case No.:  20-13167 (KCF)

Chapter 7

Hearing Date: January 19, 2021, at 2:15 p.m.

Judge: Kathryn C. Ferguson

**ORDER COMPELLING DEBTOR TO COMPLY WITH A SUBPOENA AND PRODUCE DOCUMENTS AND EXTENDING TIME TO FILE A MOTION TO DISMISS CASE FOR ABUSE UNDER 11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: January 19, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Raphael S. Gardee
Chapter 7 Case No. 20-13167 (KCF)
**ORDER COMPELLING DEBTOR TO COMPLY WITH A SUBPOENA AND PRODUCE DOCUMENTS AND EXTENDING TIME TO FILE A MOTION TO DISMISS CASE FOR ABUSE UNDER 11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727:**

---

Upon consideration of the United States Trustee's motion, by and through counsel, for an Order Compelling Debtor to Comply with a Subpoena and Produce Documents, Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3), and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 and notice of the motion having been given to the Debtor and Debtor's Counsel, and the Court having found cause for the entry of the within order, it is hereby:

**ORDERED** that the motion of the United States Trustee is hereby **GRANTED**; and it is further

**ORDERED** that the Debtor shall produce the requested documents by no later than one week after the entry of this order; and it is further

**ORDERED** that the time to file a motion to dismiss case under 11 U.S.C. §§ 707(b)(1) and (3), or a complaint objecting to discharge under 11 U.S.C. § 727 is extended ninety days to and including **March 17, 2021**.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-13167-KCF
Raphael S Gardee  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jan 20, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

**Recip ID     Recipient Name and Address**
db     + Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

**Name     Email Address**

Amar Anand Agrawal
    on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, ksantiago@egalawfirm.com,jwingfield@egalawfirm.com

Andre L. Kydala
    on behalf of Debtor Raphael S Gardee kydalalaw@aim.com  kydalalaw@aim.com

Andrew Sklar
    on behalf of Creditor Rainforest Distribution andy@sklarlaw.com

Christian Del Toro
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
    on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frank J Martone

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Margaret Mcgee
        on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Rebecca K. McDowell
        on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com

Thomas Orr
        on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr
        tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas J Orr
        on behalf of Trustee Thomas Orr tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12