|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MARTONE & UHLMANN<br>A PROFESSIONAL CORPORATION<br>777 PASSAIC AVENUE, SUITE 535<br>CLIFTON, NJ 07012<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>PNC BANK, NATIONAL ASSOCIATION<br>36.8586<br><br>In re:<br><br>RAPHAEL S. GARDEE | **Order Filed on April 5, 2021**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.: 20-13167<br><br>Hearing Date:<br><br>Judge: Hon. Kathryn C. Ferguson<br><br>Chapter: 7 |

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: April 5, 2021**

_/s/ Kathryn C. Ferguson_
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: RAPHAEL S. GARDEE
Case Number: 20-13167
Caption of Order: Order Vacating Stay as to Real Property

Upon the Motion of PNC Bank, National Association, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain Real Property as hereinafter set forth, and for good cause shown it is

1. ORDERED that the automatic stay is vacated to permit the movant or its assignees to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Real Property more fully described as 36 Wilfred Avenue, Titusville NJ 08560; and

2. It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. The movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 7 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.