Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  20−13167−KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raphael S Gardee
   161 Pleasant Valley Rd
   Titusville, NJ 08560

Social Security No.:
   xxx−xx−0208

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 28, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 60 − 59
Order Granting Application to Employ Professional Berkshire Hathaway Home Services Fox and Roach Realtors as Realtor (Related Doc # 59). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/28/2021. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 28, 2021
JAN: bwj

                                                                                                     Jeanne Naughton
                                                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-13167-KCF

Raphael S Gardee  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jul 28, 2021  Form ID: orderntc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| r | + | Berkshire Hathaway Home Services Fox and Roach Rea, 33 Witherspoon Street, Princeton, NJ 08542-3207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

**Name**  **Email Address**

Amar Anand Agrawal
    on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, ksantiago@egalawfirm.com,jwingfield@egalawfirm.com

Andre L. Kydala
    on behalf of Defendant Raphael S Gardee kydalalaw@aim.com  kydalalaw@aim.com

Andre L. Kydala
    on behalf of Debtor Raphael S Gardee kydalalaw@aim.com  kydalalaw@aim.com

Andrew Sklar
    on behalf of Creditor Rainforest Distribution andy@sklarlaw.com

Christian Del Toro
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
    on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 28, 2021 | Form ID: orderntc | Total Noticed: 1 |

Frank J Martone
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com

Margaret Mcgee
    on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Rebecca K. McDowell
    on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

Thomas J Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14