**AMAR A. AGRAWAL, ESQUIRE**
**Eisenberg, Gold & Agrawal, P.C.**
1040 Kings Highway North, Suite 200
Cherry Hill, New Jersey 08034
Tel: (856) 330-6200
Fax: (856) 330-6207
Email: aagrawal@egalawfirm.com
Attorneys for Creditor, Fulton Bank, NA
File No. **FF-1770-A**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>**RAPHAEL S. GARDEE**,<br><br>Debtor. | Proceedings in Chapter 7<br>Case No.: 20-13167 |

### NOTICE WITHDRAWAL OF PROOFS OF CLAIMS
### OF FULTON BANK, N.A.

Fulton Bank, N.A., by and through counsel, hereby withdraws Proof of Claim No. 8 in the amount of $462,643.02 and Proof of Claim No. 6 in the amount of $40,576.41, filed on April 20, 2020.

                                  **EISENBERG, GOLD & AGRAWAL, P.C.**
                                      Attorneys for Creditor

                      By:    /s/ Amar A. Agrawal
                              Amar A. Agrawal, Esquire

DATED: November 19, 2021