| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| In re:<br>　　**Raphael S Gardee** | Case No.:　　**20-13167**<br><br>Chapter:　　**7**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: |

## CERTIFICATION OF SERVICE

1. I, Andre Kydala :

    ☑ represent Raphel Gardee in the this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On January 10, 2022 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    Motion to be relieved as Counsel, Certification in support, Statement as to why no brief is necessary and Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **January 25, 2022**　　　　　　　　　　　　**/s/Andre L. Kydala**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Raphael Gardee<br>161 Pleasant Valley Rd<br>Titusville NJ 08560 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| US Trustee<br>1 Newark Center<br>Newark NJ 07102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.