Order Filed on February 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **LAW FIRM OF**<br>**ANDRE L. KYDALA**<br>**54 Old Highway 22**<br>**P.O. Box 5537**<br>**Clinton, New Jersey  08809**<br>**Phone: (908) 735-2616**<br>**Fax: (908) 735-0765**<br>**Counsel to Debtor** |
| IN THE MATTER OF:<br><br>Raphael Gardee<br><br><br>. |

Chapter 11

Case No.: 20-13167

Hearing Date:

Judge:  Hon.

### ORDER AUTHORIZING ANDRE L. KYDALA  TO WITHDRAW AS COUNSEL TO RAPHAEL GARDEEE

The relief set forth on the following page(s), numbered 2, is hereby

**ORDERED**.

**DATED: February 22, 2022**

*/s/ Kathryn C. Ferguson*

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor: Vara V. Gardee

Case No.: 20-13167

Adv No:

Caption of Order: ORDER AUTHORING ANDRE L. KYDALA TO WITHDRAW AS COUNSEL

_____

      This matter having come before the Court upon Motion of Andre L. Kydala to withdraw as counsel to Raphael Gardee and for good cause shown, it is hereby

    ORDERED  Andre L. Kydala is hereby withdrawn as counsel to Raphael Gardee,

    ORDERED that Raphael Gardee will file a substitution of counsel or advise the court that he is representing himself in the main bankruptcy case and Adversary Proceeding within (30) days of the entry hereof.