| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **LAW FIRM OF** |
| **ANDRE L. KYDALA** |
| 54 Old Highway 22 |
| P.O. Box 5537 |
| Clinton, New Jersey  08809 |
| **Phone: (908) 735-2616** |
| **Fax: (908) 735-0765** |
| **Counsel to Debtor** |

Order Filed on February 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE MATTER OF:

Raphael Gardee

.

Chapter 11

Case No.: 20-13167

Hearing Date:

Judge:  Hon.

**ORDER AUTHORIZING ANDRE L. KYDALA  TO WITHDRAW AS COUNSEL TO RAPHAEL GARDEEE**

The relief set forth on the following page(s), numbered 2, is hereby

**ORDERED**.

**DATED: February 22, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor: Vara V. Gardee

Case No.: 20-13167

Adv No:

Caption of Order: ORDER AUTHORING ANDRE L. KYDALA TO WITHDRAW AS COUNSEL

_____

      This matter having come before the Court upon Motion of Andre L. Kydala to withdraw as counsel to Raphael Gardee and for good cause shown, it is hereby

      ORDERED  Andre L. Kydala is hereby withdrawn as counsel to Raphael Gardee,

      ORDERED that Raphael Gardee will file a substitution of counsel or advise the court that he is representing himself in the main bankruptcy case and Adversary Proceeding within (30) days of the entry hereof.

United States Bankruptcy Court

District of New Jersey

In re:  
Raphael S Gardee  
    Debtor

Case No. 20-13167-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Feb 23, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew Sklar | on behalf of Creditor Rainforest Distribution andy@sklarlaw.com kathleen@sklarlaw.com |
| Christian Del Toro | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Margaret Mcgee | |

| | |
|---|---|
| Margaret Mcgee | on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas J Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William B. Sanderson, Jr. | on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com |

TOTAL: 13