| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>THOMAS J. ORR, CHAPTER 7 TRUSTEE<br>321 High Street<br>Burlington, NJ  08016-4496<br>609.386.8700 | Order Filed on April 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Raphael S. Gardee,<br><br>      Debtor. | Case No.:   20-13167(KCF)<br><br>Judge:   Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter:   7 |

### ORDER AUTHORIZING RETENTION OF MCMANIMON SCOTLAND AND BAUMANN, ATTORNEYS FOR THOMAS J. ORR, CHAPTER 7 TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: April 21, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

2

Upon the applicant's request for authorization to retain ___McManimon Scotland & Baumann___
as___Attorneys for Trustee___ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    ___427 Riverview Plaza___
   ___Trenton, NJ  08611___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional will only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4860-6051-6618, v. 1

2