UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon Scotland & Baumann, LLC
Andrea Dobin, Esq.
427 Riverview Plaza
Trenton, NJ 08611
(973) 323-8667
adobin@msbnj.com
Counsel to Thomas J. Orr, Trustee

Order Filed on May 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RAPHAEL S. GARDEE

Case No.: 20-16167(KCF)

Chapter: 7

Judge: Kahryn C. Ferguson

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 6, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of _____Thomas J. Orr_____ for the reduction of time for a hearing on  Trustee's Motion to Sell Estate's Interest in Real Estate Located at 36 Wilfred Ave., Titusville, New Jersey_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____May 17, 2022_____ at 10:00 a.m. ~~the United States Bankruptcy Court~~   SEE BELOW FOR APPEARANCE REQUIREMENTS  ~~Courtroom No._____~~.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Debtors Counsel, All Secured Creditors, UST and Tenant (if any)

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Debtors Counsel, All Secured Creditors, UST and Tenant (if any)

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or  no later than

    ☒ may be presented orally at the hearing.

8. **Telephonic appearances** are required to prosecute the motion/application and any objections. Parties are directed to make arrangements to appear telephonically via Court Solutions.

    (https://www.court-solutions.com/ or dial 917-746-7476)

United States Bankruptcy Court

District of New Jersey

In re:  
Raphael S Gardee  
    Debtor

Case No. 20-13167-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 06, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Amar Anand Agrawal  
     on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrea Dobin  
     on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com

Andrew Sklar  
     on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com

Christian Del Toro  
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon  
     on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frank J Martone  
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 06, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Margaret Mcgee
    on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Rebecca K. McDowell
    on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

Thomas J Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William B. Sanderson, Jr.
    on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com
    kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com

TOTAL: 14