| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>**MCMANIMON SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Attorneys for Chapter 7 Trustee,*<br> *Thomas J. Orr* |
| In Re:<br><br>RAPHAEL S. GARDEE<br><br>Debtor. |

Case No.:  20-13167(KCF)

Judge:  Kathryn C. Ferguson

Chapter:  7

# CERTIFICATION OF SERVICE

1. I, ___Maria C. Ramos___:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for __Andrea Dobin__, who represents the __Chapter 7 Trustee__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __May 6, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Motion for Order Authorizing Sale of Estate's Interest in Real Estate
   Certification of Trustee in Support of Motion
   Statement why no brief is necessary
   Proposed Order
   Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  __May 6, 2020__                              __/s/ Maria C. Ramos__
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Raphael S. Gardee<br>161 Pleasant Valley Rd.<br>Titusville, NJ 08560 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |
| Margaret McGee, Esq.*<br>Office of US Trustee<br>One Newark Center<br>1085 Raymond Blvd., Suite 2100<br>Newark, NJ 07102<br><br>*Email sent 5-9-22 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |
| Frank Marton, Esq.*<br>Martone & Uhlmann<br>777 Passaic Ave., Suite 535<br>Clifton, NJ 07102<br><br>*Email sent 5-9-22 | Counsel to mortgagee for Wilfred, PNC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |
| Denise Carlon, Esq.*<br>KML Law Group, P.C.<br>216 Haddon Ave., Suite 406<br>Westmont, NJ 08108<br><br>*Email sent 5-9-22 | Counsel to mortgagee for Pleasant Valley, PNC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |
| Rebecca McDowell, Esq.<br>Saldutti Law Group<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034 | Requested Notice for Eastern Funding, LLC, judgment creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |

4892-4699-6254, v. 1

| Name/Address | Relation | Method |
|---|---|---|
| Amar Agrawal, Esq.*<br>Eisenberg Gold & Agrawal<br>1040 N. Kings Highway, Suite 200<br>Cherry Hill, NJ  08034<br><br>*Email sent 5-9-22 | Requested Notice for Fulton Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |
| Andrew Sklar, Esq.<br>20 Brace Rd., Suite 205<br>Cherry Hill, NJ  08034 | Requested Notice for Rainforest Distribution, judgment creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |
| William Sanderson, Esq.*<br>10000 Lincoln Dr., East, Suite 201<br>Marlton, NJ  08053<br><br>*Email sent 5-9-22 | Requested Notice for Genya Daukshta | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |
| Ally Bank Detp.<br>AIS Portfolio Services<br>Acct: XXXXXXX0509<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma, OK  73118 | Requested Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |
| Jeffrey M. Rothbard, Esq.<br>Rothbard Rothbard Kohn & Kellar<br>50 Park Place<br>12th Floor<br>Newark, NJ  07102 | Counsel to judgment creditor, United Natural Foods, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail<br>(as authorized by the court*) |

4892-4699-6254, v. 1

| | | |
|---|---|---|
| Joseph O. Consiglio, Esq.<br>2273 State Highway 33, Suite 207<br>Hamilton Square, NJ  08690 | Counsel of record for JR Construction II, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other__Overnight Mail____<br>(as authorized by the court*) |
| Robert Rubenstein, Esq.<br>1675 Whitehorse Mercerville Rd., Suite 206<br>Hamilton, NJ  08619 | Counsel of Record to Abdurrahm Gardee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other__Overnight Mail____<br>(as authorized by the court*) |
| Joseph Molinary, Esq.<br>648 Wyckoff Ave.<br>Wyckoff, NJ  07481 | Counsel of record to Kehe Distributors, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other__Overnight Mail____<br>(as authorized by the court*) |
| Occupant<br>36 Wilfred Ave.<br>Titusville, New Jersey 08560 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other__Overnight Mail____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time

4892-4699-6254, v. 1