UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Chapter 7 Trustee

In Re:

Raphael S Gardee,

Debtor.

Case No. 20-13167

Judge: Kathryn C. Ferguson

**REPORT OF SALE PURSUANT TO RULE 6004(f)(1)**

Thomas J. Orr certifies as follows:

1. I am the Chapter 7 Trustee. On May 31, 2022, an order was entered approving private sale. The sale was completed on June 23, 2022.

2. An itemized statement of the property sold:

    Estate's interest in 36 Wilfred Avenue, Titusville, NJ 08560

3. The name of each purchaser: Genya Daukshta

4. The price received for each item or lot or for the property as a whole if sold in bulk: $15,000.

5. I certify that the statements made by me above are true. I am aware that if they are willfully false, I am subject to punishment.

/s/Thomas J. Orr
Chapter 7 Trustee

Dated: June 27, 2022