Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−13167−KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raphael S Gardee
   161 Pleasant Valley Rd
   Titusville, NJ 08560

Social Security No.:
   xxx−xx−0208

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/19/22 at 10:00 AM

to consider and act upon the following:

82 − Motion to Compel Debtor's Cooperation in the Showing of 161 Pleasant Valley Rd., Titusville, NJ for Sale Filed by Andrea Dobin on behalf of Thomas Orr. Hearing scheduled for 7/12/2022 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification of Trustee in Support of Motion # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Dobin, Andrea)

Dated: 6/29/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court