Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13167−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Raphael S Gardee
  161 Pleasant Valley Rd
  Titusville, NJ 08560

Social Security No.:
  xxx−xx−0208

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on July 21, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 87 − 86
Order Granting Application to Employ Berkshire Hathaway Home Services Fox & Roach Realtors as Realtor (Related Doc # 86). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/21/2022. (ghm)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 21, 2022
JAN: ghm

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Raphael S Gardee  
    Debtor

Case No. 20-13167-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jul 21, 2022      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| r | + | Berkshire Hathaway Home Services Fox and Roach Rea, 33 Witherspoon Street, Princeton, NJ 08542-3207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| Andrew Sklar | on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com |
| Christian Del Toro | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Frank J Martone | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Keith David Sklar | on behalf of Defendant Raphael S Gardee mail@njpalaw.com |
| Margaret Mcgee | on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas J Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William B. Sanderson, Jr. | on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com |

TOTAL: 16