| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004 | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 323-8667<br>Andrea Dobin<br>adobin@msbnj.com<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | Order Filed on July 29, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**RAPHAEL S. GARDEE**,<br><br>                Debtor. | Case No. 20-13167(KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Return Date: July 19, 2022 |

**ORDER COMPELLING DEBTOR TO COOPERATE IN THE SHOWING OF 161 PLEASANT VALLEY ROAD, TITUSVILLE, NJ FOR SALE AND GRANTING RELATED RELIEF**

*Revised as of July 7, 2022*

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: July 29, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:  Raphael S. Gardee
Case No.  20-13167(KCF)
Caption of Order: Order Compelling Debtor to Cooperate in the Showing of 161 Pleasant Valley Rd. Titusville, NJ for Sale and Granting Related Relief

---

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "**Trustee**") for Raphael S. Gardee, Chapter 7 debtor ("**Debtor**"), by and through his counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a Motion for an Order Compelling Debtor to Cooperate in the Showing of 161 Pleasant Valley Rd., Titusville, NJ for Sale and Granting Related Relief (the "**Motion**") and due and proper notice of the Motion and related matters before the Court in this case having been given; and the Court having considered the moving papers, including the Supplemental Certification and opposition thereto (if any) and having heard and considered oral argument (if any); and finding that good and sufficient cause exist for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The Debtor must cooperate with the Trustee in his efforts to sell the Property.

3. The Trustee's real estate agent (the "**Agent**") is authorized to place a lockbox and "For Sale" sign on the Property. If the Debtor does not provide the Agent with a key to place in the lockbox, the Trustee is authorized to change a lock to one door leading into the Property. He must provide the Debtor with a copy of the new key.

4. The Trustee is authorized to remove the bike lock and any other locks from the gate to the Property to enable his Agent to access the Property.

5. The Debtor is directed to not restrict access to the Property by replacing the lock on the gate to the Property or otherwise.

4863-4605-8279, v. 1

Debtor: Raphael S. Gardee
Case No. 20-13167(KCF)
Caption of Order: Order Compelling Debtor to Cooperate in the Showing of 161 Pleasant Valley Rd. Titusville, NJ for Sale and Granting Related Relief

---

6. If he provides a valid telephone number, the Agent will give the Debtor at least 18 hours telephone notice to the telephone number he has provided to her of any showings of the Property.

7. Debtor will use his best efforts to keep the Property tidy to facilitate showings of the Property to prospective purchasers.

8. The Debtor will ensure that no person will be in the Property when it is being shown to prospective purchasers.

9. The Debtor will keep all utilities on for the Property and will pay for them.