| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004<br><br>**MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 323-8667<br>Andrea Dobin<br>adobin@msbnj.com<br><br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | **Order Filed on July 29, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>**RAPHAEL S. GARDEE**,<br><br>               Debtor. | Case No. 20-13167(KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Return Date:  July 19, 2022 |

**ORDER COMPELLING DEBTOR TO COOPERATE IN THE SHOWING OF 161 PLEASANT VALLEY ROAD, TITUSVILLE, NJ FOR SALE AND GRANTING RELATED RELIEF**

*Revised as of July 7, 2022*

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: July 29, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2 of 3
Debtor:        Raphael S. Gardee
Case No.    20-13167(KCF)
Caption of Order: Order Compelling Debtor to Cooperate in the Showing of 161 Pleasant Valley Rd. Titusville, NJ for Sale and Granting Related Relief

---

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "**Trustee**") for Raphael S. Gardee, Chapter 7 debtor ("**Debtor**"), by and through his counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a Motion for an Order Compelling Debtor to Cooperate in the Showing of 161 Pleasant Valley Rd., Titusville, NJ for Sale and Granting Related Relief (the "**Motion**") and due and proper notice of the Motion and related matters before the Court in this case having been given; and the Court having considered the moving papers, including the Supplemental Certification and opposition thereto (if any) and having heard and considered oral argument (if any); and finding that good and sufficient cause exist for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The Debtor must cooperate with the Trustee in his efforts to sell the Property.

3. The Trustee's real estate agent (the "**Agent**") is authorized to place a lockbox and "For Sale" sign on the Property. If the Debtor does not provide the Agent with a key to place in the lockbox, the Trustee is authorized to change a lock to one door leading into the Property. He must provide the Debtor with a copy of the new key.

4. The Trustee is authorized to remove the bike lock and any other locks from the gate to the Property to enable his Agent to access the Property.

5. The Debtor is directed to not restrict access to the Property by replacing the lock on the gate to the Property or otherwise.

4863-4605-8279, v. 1

Page 3 of 3
Debtor: Raphael S. Gardee
Case No. 20-13167(KCF)
Caption of Order: Order Compelling Debtor to Cooperate in the Showing of 161 Pleasant Valley Rd. Titusville, NJ for Sale and Granting Related Relief

6. If he provides a valid telephone number, the Agent will give the Debtor at least 18 hours telephone notice to the telephone number he has provided to her of any showings of the Property.

7. Debtor will use his best efforts to keep the Property tidy to facilitate showings of the Property to prospective purchasers.

8. The Debtor will ensure that no person will be in the Property when it is being shown to prospective purchasers.

9. The Debtor will keep all utilities on for the Property and will pay for them.

4863-4605-8279, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  
Raphael S Gardee  
    Debtor

Case No. 20-13167-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jul 29, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Amar Anand Agrawal  
     on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrea Dobin  
     on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com

Andrew Sklar  
     on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com

Candyce Ilene Smith-Sklar  
     on behalf of Defendant Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com

Christian Del Toro  
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon  
     on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Frank J Martone
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com

Keith David Sklar
    on behalf of Defendant Raphael S Gardee mail@njpalaw.com

Margaret Mcgee
    on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Rebecca K. McDowell
    on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com anovoa@slgcollect.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

Thomas J Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William B. Sanderson, Jr.
    on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com

TOTAL: 16