| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin, Esq.<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | Order Filed on October 24, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>GARDEE, Raphael S.,<br><br>   Debtor. | Case No. 20-13167 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7 |

### CONSENT ORDER AUTHORIZING SALE OF
### CO-OWNER'S INTEREST PURSUANT TO 11 U.S.C. § 363(h)

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: October 24, 2022**

                 _____
                 Honorable Kathryn C. Ferguson
                 United States Bankruptcy Judge

Page 2 of 3
Debtor:         Raphael S. Gardee
Case No.        20-13167 (KCF)
Caption of Order: Consent Order Authorizing Sale of Co-Owner's Interest Pursuant to 11 U.S.C. § 363(h)

---

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "**Trustee**") for Raphael S. Gardee, Chapter 7 debtor ("**Debtor**"), by and through his counsel, McManimon, Scotland & Baumann, LLC, upon the filing of an Application for Entry of Consent Order; and the Court noting the consent of the parties to the form, substance and entry of the within Order;

**IT IS HEREBY ORDERED** that the Trustee is authorized to sell the interests of Genya Daukshta ("**Daukshta**") in the real property commonly known as 161 Pleasant Valley Rd., Titusville, New Jersey (the "**Property**"), together with the interest of the within Bankruptcy Estate, pursuant to 11 U.S.C. § 363(h); and it is

**FURTHER ORDERED** that if Daukshta intends to exercise her right of first refusal afforded to her pursuant to 11 U.S.C. § 363(i) she must do so by way of objection to the Trustee's Motion to sell the Property at which time the contract purchaser will be given the opportunity to increase its bid triggering Daukshta's right to exercise her right of first refusal anew until such time as the bidding ceases; and it is

**FURTHER ORDERED** that Daukshta's failure to object to the Trustee's motion to sell the Property will be deemed a waiver of her right of first refusal; and it is

**FURTHER ORDERED** that upon the sale of the Property, Daukshta will be entitled to fifty percent (50%) of the net proceeds, after payment of liens, if any, that are against the real estate for which both owners are liable, real estate agent commissions and costs of sale pursuant to 11 U.S.C. § 363(j) which payment will be made as soon as practicable following closing on the sale of the Property.

4877-0341-5095, v. 1

Page 3 of 3
Debtor:	Raphael S. Gardee
Case No.	20-13167 (KCF)
Caption of Order:	Consent Order Authorizing Sale of Co-Owner's Interest Pursuant to 11 U.S.C. § 363(h)

---

The undersigned consent to the form, substance and entry of the within Order.

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Counsel to Thomas J. Orr, Chapter 7 Trustee*

Dated:  10/13/22					By:	*/s/ Andrea Dobin*
							Andrea Dobin

**LAW OFFICES OF WILLIAM SANDERSON, LLC**, *Counsel to Co-Owner Genya Daukshta*

Dated: 10/13/22					By:	*/s/ William B. Sanderson, Jr.*
							William B. Sanderson, Jr.

4877-0341-5095, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-13167-KCF
Raphael S Gardee  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 24, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

**Name**     **Email Address**

Amar Anand Agrawal
    on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrea Dobin
    on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com

Andrew Sklar
    on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com

Candyce Ilene Smith-Sklar
    on behalf of Defendant Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com

Christian Del Toro
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
    on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com,

| | |
|---|---|
| | bkgroup@kmllawgroup.com |
| Frank J Martone | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Keith David Sklar | |
| | on behalf of Defendant Raphael S Gardee mail@njpalaw.com |
| Margaret Mcgee | |
| | on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov |
| Margaret Mcgee | |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | |
| | on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas Orr | |
| | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | |
| | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas J Orr | |
| | on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William B. Sanderson, Jr. | |
| | on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com |

TOTAL: 16