UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 20-13167 |
| GARDEE, Raphael S. | Chapter: | 7 |
| | Judge: | Ferguson |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

___Thomas J. Orr___, ___Chapter 7 Trustee___, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Jeanne Naughton, Clerk
402 East State St.
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on ___April 11, 2023___ at ___10___ a.m. at the United States Bankruptcy Court, courtroom no. ___2___, ___402 East State St., Trenton, NJ  08608___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  Trustee entered into an agreement with the co-owner of 161 Pleasant Valley Rd., Titusville, NJ whereby the co-owner agreed to the property's sale per 11 USC 363(h) in exchange for which she would receive 50% of the net proceeds.  The offers that the Trustee is getting make this deal unworkable

Pertinent terms of settlement:  The co-owner has agreed to reduce what she receives from the first $60,000 of net proceeds.  To wit, she will receive 15% of the first $60,000 and 50% of the net proceeds over $60,000.  This modification will give the Trustee greater assurance that he will be able to make a meaningful dividend from the sale of this property.

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin, counsel to Trustee

Address:  427 Riverview Plaza, Trenton, NJ  08608

Telephone No.:  973-323-8667

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Raphael S Gardee  
    Debtor

Case No. 20-13167-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Mar 10, 2023      Form ID: pdf905      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |
| r | + | Berkshire Hathaway Home Services Fox and Roach Rea, 33 Witherspoon Street, Princeton, NJ 08542-3207 |
| cr | + | Eastern Funding LLC, C/O Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| intp | + | McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518732567 | #+ | Armac, 71 Passaic Ave, Florham Park, NJ 07932-3040 |
| 518983808 | + | BEGLEY CARLIN MANDIO LLP, 680 MIDDLETOWN BOULEVARD, LANGHORNE, PA 19047-1817 |
| 518732568 | + | Baldor Foods, 155 Food Center Dr, Bronx, NY 10474-7136 |
| 518732570 | + | Begley Carlin and Mandio, 680 Middletown Blvd, Langhorne, PA 19047-1817 |
| 518732572 | + | Bunker Hill, 7 Three Acre Lane, Princeton, NJ 08540-8437 |
| 518732575 | + | Columbus Central, PO Box 220, Columbus, NJ 08022-0220 |
| 518732577 | + | Crivelli and Barbati, 2653 Nottingham Way, Trenton, NJ 08619-4109 |
| 518801995 | + | Eastern Funding, LLC, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518732578 | + | Fedex, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 518732579 | + | Fulton Bank, Attn Eisenberg Gold and Agarwal, 1040 North Kings Highway, Cherry Hill, NJ 08034-1908 |
| 519292802 | #+ | Genya Daukshta, 2225 Wisteria Street, Sarasota, FL 34239-3936 |
| 518732582 | + | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518732584 | #+ | MLR Solutions, PO Box 60536, King of Prussia, PA 19406-0536 |
| 518732585 | + | New Chapter Inc, Attn Amato and Keating, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 518732586 | + | PA Dept of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 518732587 | | PACCAR Financial, 4991 W US Hwy 20, Horsham, PA 19044 |
| 518732588 | + | PNC, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 518732589 | + | Princeton Nassau Pediatrics, 301 Harrison Street, Princeton, NJ 08540-3527 |
| 518732590 | + | Princeton Orthopedics, 325 Princeton Ave, Princeton, NJ 08540-1617 |
| 518732591 | + | Quest Diagnostics, PO Box 64813, Baltimore, MD 21264-4813 |
| 518962596 | + | RAINFOREST DISTRIBUTION, C/O SKLAR LAW LLC, 20 BRACE ROAD SUTIE 205, CHERRY HILL, NJ 08034-2634 |
| 518732592 | | Sklar Law, 1200 Laurel Rd, Voorhees, NJ 08043 |
| 518732593 | + | State of NJ, PO Box 269, Trenton, NJ 08695-0269 |
| 518732594 | + | Stockx, 1046 Woodward Ave, Detroit, MI 48226-3540 |
| 518732595 | + | Township of Falls Authority, 557 Lincoln Highway, Fairless Hills, PA 19030-1401 |
| 518732597 | + | Vengroff Williams Inc, PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 10 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 10 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fult.com | Mar 10 2023 20:48:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |

Case 20-13167-KCF    Doc 97    Filed 03/12/23    Entered 03/13/23 01:15:03    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2023 | Form ID: pdf905 | Total Noticed: 55 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2023 20:47:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, ATTN: BANKRUPTCY, MIAMISBURG, OH 45342 |
| 518732564 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 10 2023 20:47:00 | AMCA, 2269 S Saw Mill River Rd, Elmsford, NY 10523-3832 |
| 519441476 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2023 20:55:26 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518732565 | ^ | MEBN | Mar 10 2023 20:43:56 | Amcol Systems, PO Box 21625, Columbia, SC 29221-1625 |
| 518732566 | + | Email/PDF: bncnotices@becket-lee.com | Mar 10 2023 20:55:48 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518963576 | + | Email/Text: bkfilings@zwickerpc.com | Mar 10 2023 20:48:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518732571 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 10 2023 20:55:52 | BMW Financial, PO Box 3608, Dublin, OH 43016 |
| 518968024 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 10 2023 20:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518732569 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 10 2023 20:47:00 | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 518732574 | + | Email/Text: Harris@ebn.phinsolutions.com | Mar 10 2023 20:48:00 | Childrens Hosp of Phil, PO Box 5462, Chicago, IL 60680-5462 |
| 518732576 | + | Email/Text: documentfiling@lciinc.com | Mar 10 2023 20:46:00 | Comcast Business, PO Box 70219, Philadelphia, PA 19176-0219 |
| 518807763 | + | Email/Text: bankruptcy@fult.com | Mar 10 2023 20:48:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, New Jersey 08054-3411 |
| 518732580 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 10 2023 20:47:00 | IC Systems, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 518732581 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2023 20:47:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518986768 | + | Email/Text: RASEBN@raslg.com | Mar 10 2023 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518732583 | + | Email/Text: bknotices@mbandw.com | Mar 10 2023 20:48:00 | McCarthy Burgess and Wolff, 26000 cannon Rd, Bedford, OH 44146-1807 |
| 518986296 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2023 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518963405 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Mar 10 2023 20:48:00 | PACCAR Financial Corp., Attn: Linda Markle, BK Specialist, P.O. Box 1518, Bellevue, WA 98009-1518 |
| 518793056 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2023 20:47:00 | PNC, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518996521 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 10 2023 20:48:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518732596 | + | Email/Text: customercreditterms@unfi.com | Mar 10 2023 20:46:00 | United Natural Foods, 313 Iron Horse Way, Providence, RI 02908-5637 |
| 519022003 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2023 20:55:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518732573 | | CAR LOAN |
| intp | *+ | Genya Daukshta, 2225 Wisteria St., Sarasota, FL 34239-3936 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| Andrew Sklar | on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com |
| Christian Del Toro | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Keith David Sklar | on behalf of Defendant Raphael S Gardee mail@njpalaw.com |
| Margaret Mcgee | on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas J Orr | |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2023 | Form ID: pdf905 | Total Noticed: 55 |

on behalf of Trustee Thomas Orr tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William B. Sanderson, Jr.

on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com

TOTAL: 16