Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20–13167–KCF
        Chapter:  7
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raphael S Gardee
   161 Pleasant Valley Rd
   Titusville, NJ 08560

Social Security No.:
   xxx–xx–0208

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

modification of division of proceeds with nondebtor co–owner for 161 Pleasant Valley Dr

Dated: April 5, 2023
JAN: mjb

                Jeanne Naughton
                Clerk