UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: GARDEE, Raphael

Case No.: 20-13167
Chapter: 7
Judge: Ferguson

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk<br>402 East State St.<br>Trenton, NJ  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on May 30, 2023 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Estate's 50% interest in 161 Pleasant Valley Dr., Titusville, NJ valued at $235,000 (Total value of $470,000) |
|---|---|

| Liens on property: | PNC Bank:  $390,000 (est. based on payoff of $357,761.13 as of 5/25/22)<br>Broker:  $28,200<br>Co-Owner Interest: subject to negotiation |
|---|---|

| Amount of equity claimed as exempt: | $27,900 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, counsel to the Trustee
Address: 427 Riverview Plaza, Trenton, NJ  08611
Telephone No.: 973-323-8667

*rev.8/1/15*