UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
GARDEE, Raphael

Case No.: 20-13167  
Chapter: 7  
Judge: Ferguson

## NOTICE OF PROPOSED ABANDONMENT

_____Thomas J. Orr_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk<br>402 East State St.<br>Trenton, NJ   08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____May 30, 2023_____ at _____10_____ a.m. at the United States Bankruptcy Court, Courtroom no. _____2_____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Estate's 50% interest in 161 Pleasant Valley Dr., Titusville, NJ valued at $235,000 (Total value of $470,000) |
|---|---|

| Liens on property: | PNC Bank:  $390,000 (est. based on payoff of $357,761.13 as of 5/25/22)<br>Broker:  $28,200<br>Co-Owner Interest: subject to negotiation |
|---|---|

| Amount of equity claimed as exempt: | $27,900 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrea Dobin, counsel to the Trustee  
Address:    427 Riverview Plaza, Trenton, NJ  08611  
Telephone No.: 973-323-8667

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-13167-KCF
Raphael S Gardee                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 4
Date Rcvd: Apr 25, 2023     Form ID: pdf905    Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |
| r | + | Berkshire Hathaway Home Services Fox and Roach Rea, 33 Witherspoon Street, Princeton, NJ 08542-3207 |
| cr | + | Eastern Funding LLC, C/O Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| intp | + | McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518732567 | #+ | Armac, 71 Passaic Ave, Florham Park, NJ 07932-3040 |
| 518983808 | + | BEGLEY CARLIN MANDIO LLP, 680 MIDDLETOWN BOULEVARD, LANGHORNE, PA 19047-1817 |
| 518732568 | + | Baldor Foods, 155 Food Center Dr, Bronx, NY 10474-7136 |
| 518732570 | + | Begley Carlin and Mandio, 680 Middletown Blvd, Langhorne, PA 19047-1817 |
| 518732572 | + | Bunker Hill, 7 Three Acre Lane, Princeton, NJ 08540-8437 |
| 518732575 | + | Columbus Central, PO Box 220, Columbus, NJ 08022-0220 |
| 518732577 | + | Crivelli and Barbati, 2653 Nottingham Way, Trenton, NJ 08619-4109 |
| 518801995 | + | Eastern Funding, LLC, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518732578 | + | Fedex, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 518732579 | + | Fulton Bank, Attn Eisenberg Gold and Agarwal, 1040 North Kings Highway, Cherry Hill, NJ 08034-1908 |
| 518732582 | + | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518732584 | #+ | MLR Solutions, PO Box 60536, King of Prussia, PA 19406-0536 |
| 518732585 | + | New Chapter Inc, Attn Amato and Keating, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 518732586 | + | PA Dept of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 518732587 | | PACCAR Financial, 4991 W US Hwy 20, Horsham, PA 19044 |
| 518732588 | + | PNC, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 518732589 | + | Princeton Nassau Pediatrics, 301 Harrison Street, Princeton, NJ 08540-3527 |
| 518732590 | + | Princeton Orthopedics, 325 Princeton Ave, Princeton, NJ 08540-1617 |
| 518732591 | + | Quest Diagnostics, PO Box 64813, Baltimore, MD 21264-4813 |
| 518962596 | + | RAINFOREST DISTRIBUTION, C/O SKLAR LAW LLC, 20 BRACE ROAD SUTIE 205, CHERRY HILL, NJ 08034-2634 |
| 518732592 | | Sklar Law, 1200 Laurel Rd, Voorhees, NJ 08043 |
| 518732593 | + | State of NJ, PO Box 269, Trenton, NJ 08695-0269 |
| 518732594 | + | Stockx, 1046 Woodward Ave, Detroit, MI 48226-3540 |
| 518732595 | + | Township of Falls Authority, 557 Lincoln Highway, Fairless Hills, PA 19030-1401 |
| 518732597 | + | Vengroff Williams Inc, PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 20-13167-KCF    Doc 103    Filed 04/27/23    Entered 04/28/23 00:16:19    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: pdf905 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| cr | | + Email/Text: bankruptcy@fult.com | Apr 25 2023 20:52:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 25 2023 20:51:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, ATTN: BANKRUPTCY, MIAMISBURG, OH 45342 |
| 518732564 | | + Email/Text: bkrpt@retrievalmasters.com | Apr 25 2023 20:52:00 | AMCA, 2269 S Saw Mill River Rd, Elmsford, NY 10523-3832 |
| 519441476 | | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 25 2023 20:53:28 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518732565 | ^ | MEBN | Apr 25 2023 20:45:47 | Amcol Systems, PO Box 21625, Columbia, SC 29221-1625 |
| 518732566 | | + Email/PDF: bncnotices@becket-lee.com | Apr 25 2023 20:53:39 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518963576 | | + Email/Text: bkfilings@zwickerpc.com | Apr 25 2023 20:52:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518732571 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 25 2023 20:53:28 | BMW Financial, PO Box 3608, Dublin, OH 43016 |
| 518968024 | | + Email/Text: mortgagebkcorrespondence@bofa.com | Apr 25 2023 20:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518732569 | | + Email/Text: BarclaysBankDelaware@tsico.com | Apr 25 2023 20:52:00 | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 518732574 | | + Email/Text: Harris@ebn.phinsolutions.com | Apr 25 2023 20:52:00 | Childrens Hosp of Phil, PO Box 5462, Chicago, IL 60680-5462 |
| 518732576 | | + Email/Text: documentfiling@lciinc.com | Apr 25 2023 20:51:00 | Comcast Business, PO Box 70219, Philadelphia, PA 19176-0219 |
| 518807763 | | + Email/Text: bankruptcy@fult.com | Apr 25 2023 20:52:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, New Jersey 08054-3411 |
| 518732580 | | + Email/Text: Bankruptcy@ICSystem.com | Apr 25 2023 20:52:00 | IC Systems, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 518732581 | | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2023 20:52:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518732582 | | + Email/Text: BankruptcyEast@firstenergycorp.com | Apr 25 2023 20:52:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518986768 | | + Email/Text: RASEBN@raslg.com | Apr 25 2023 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518732583 | | + Email/Text: bknotices@mbandw.com | Apr 25 2023 20:52:00 | McCarthy Burgess and Wolff, 26000 cannon Rd, Bedford, OH 44146-1807 |
| 518986296 | | + Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2023 20:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518963405 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Apr 25 2023 20:52:00 | PACCAR Financial Corp., Attn: Linda Markle, BK Specialist, P.O. Box 1518, Bellevue, WA 98009-1518 |
| 518793056 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 25 2023 20:51:00 | PNC, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518996521 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 25 2023 20:52:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518732596 | | + Email/Text: customercreditterms@unfi.com | Apr 25 2023 20:51:00 | United Natural Foods, 313 Iron Horse Way, Providence, RI 02908-5637 |
| 519022003 | | + Email/PDF: ebn_ais@aisinfo.com | Apr 25 2023 20:53:28 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 20-13167-KCF    Doc 103    Filed 04/27/23    Entered 04/28/23 00:16:19    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: pdf905 | Total Noticed: 54 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518732573 | | CAR LOAN |
| intp | *+ | Genya Daukshta, 2225 Wisteria St., Sarasota, FL 34239-3936 |
| 519292802 | ##+ | Genya Daukshta, 2225 Wisteria Street, Sarasota, FL 34239-3936 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Andrew Sklar | on behalf of Creditor Rainforest Distribution andy@sklarlaw.com kathleen@sklarlaw.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Raphael S Gardee njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Raphael S Gardee njpalaw@gmail.com r56958@notify.bestcase.com |
| Christian Del Toro | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Keith David Sklar | on behalf of Defendant Raphael S Gardee mail@njpalaw.com |
| Margaret Mcgee | on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf905 | Total Noticed: 54 |

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas J Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William B. Sanderson, Jr.
    on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com
    kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com

TOTAL: 17