Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  20–13167–KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raphael S Gardee
   161 Pleasant Valley Rd
   Titusville, NJ 08560

Social Security No.:
   xxx–xx–0208

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Michelle M. Fogleman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Estate's 50% interest in 161 Pleasant Valley Dr., Titusville, NJ

Dated: May 24, 2023
JAN: mmf

                                                                                    Jeanne Naughton
                                                                                    Clerk