Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−13167−KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Raphael S Gardee
    161 Pleasant Valley Rd
    Titusville, NJ 08560

Social Security No.:
    xxx−xx−0208

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       8/24/23
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
McManimon Scotland & Baumann, LLC, Trustee's Attorney

COMMISSION OR FEES
fee: $21,556.00

EXPENSES
expenses: $663.84

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 18, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re: Raphael S Gardee, Debtor

Case No. 20-13167-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 4
Date Rcvd: Jul 18, 2023   Form ID: 137   Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |
| r | + | Berkshire Hathaway Home Services Fox and Roach Rea, 33 Witherspoon Street, Princeton, NJ 08542-3207 |
| cr | + | Eastern Funding LLC, C/O Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| intp | + | McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518732567 | #+ | Armac, 71 Passaic Ave, Florham Park, NJ 07932-3040 |
| 518983808 | + | BEGLEY CARLIN MANDIO LLP, 680 MIDDLETOWN BOULEVARD, LANGHORNE, PA 19047-1817 |
| 518732568 | + | Baldor Foods, 155 Food Center Dr, Bronx, NY 10474-7136 |
| 518732570 | + | Begley Carlin and Mandio, 680 Middletown Blvd, Langhorne, PA 19047-1817 |
| 518732572 | + | Bunker Hill, 7 Three Acre Lane, Princeton, NJ 08540-8437 |
| 518732575 | + | Columbus Central, PO Box 220, Columbus, NJ 08022-0220 |
| 518732577 | + | Crivelli and Barbati, 2653 Nottingham Way, Trenton, NJ 08619-4109 |
| 518801995 | + | Eastern Funding, LLC, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518732578 | + | Fedex, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 518732579 | + | Fulton Bank, Attn Eisenberg Gold and Agarwal, 1040 North Kings Highway, Cherry Hill, NJ 08034-1908 |
| 518732584 | #+ | MLR Solutions, PO Box 60536, King of Prussia, PA 19406-0536 |
| 518732583 | + | McCarthy Burgess and Wolff, 26000 cannon Rd, Bedford, OH 44146-1807 |
| 518732585 | + | New Chapter Inc, Attn Amato and Keating, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 518732586 | + | PA Dept of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 518732587 | | PACCAR Financial, 4991 W US Hwy 20, Horsham, PA 19044 |
| 518732589 | + | Princeton Nassau Pediatrics, 301 Harrison Street, Princeton, NJ 08540-3527 |
| 518732590 | + | Princeton Orthopedics, 325 Princeton Ave, Princeton, NJ 08540-1617 |
| 518732591 | + | Quest Diagnostics, PO Box 64813, Baltimore, MD 21264-4813 |
| 518962596 | + | RAINFOREST DISTRIBUTION, C/O SKLAR LAW LLC, 20 BRACE ROAD SUTIE 205, CHERRY HILL, NJ 08034-2634 |
| 518732592 | | Sklar Law, 1200 Laurel Rd, Voorhees, NJ 08043 |
| 518732593 | + | State of NJ, PO Box 269, Trenton, NJ 08695-0269 |
| 518732594 | + | Stockx, 1046 Woodward Ave, Detroit, MI 48226-3540 |
| 518732595 | + | Township of Falls Authority, 557 Lincoln Highway, Fairless Hills, PA 19030-1401 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fult.com | Jul 18 2023 21:05:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |

Case 20-13167-KCF    Doc 106    Filed 07/20/23    Entered 07/21/23 00:18:19    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2023 | Form ID: 137 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2023 21:04:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, ATTN: BANKRUPTCY, MIAMISBURG, OH 45342 |
| 518732564 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 18 2023 21:05:00 | AMCA, 2269 S Saw Mill River Rd, Elmsford, NY 10523-3832 |
| 519441476 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 21:14:13 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518732565 | ^ | MEBN | Jul 18 2023 20:58:55 | Amcol Systems, PO Box 21625, Columbia, SC 29221-1625 |
| 518732566 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2023 21:14:34 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518963576 | + | Email/Text: bkfilings@zwickerpc.com | Jul 18 2023 21:05:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518732571 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 18 2023 21:02:28 | BMW Financial, PO Box 3608, Dublin, OH 43016 |
| 518968024 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 18 2023 21:05:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518732569 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 18 2023 21:05:00 | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 518732574 | + | Email/Text: Harris@ebn.phinsolutions.com | Jul 18 2023 21:05:00 | Childrens Hosp of Phil, PO Box 5462, Chicago, IL 60680-5462 |
| 518732576 | + | Email/Text: documentfiling@lciinc.com | Jul 18 2023 21:04:00 | Comcast Business, PO Box 70219, Philadelphia, PA 19176-0219 |
| 518807763 | + | Email/Text: bankruptcy@fult.com | Jul 18 2023 21:05:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, New Jersey 08054-3411 |
| 518732580 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 18 2023 21:04:00 | IC Systems, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 518732581 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2023 21:05:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518732582 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 18 2023 21:04:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518986768 | + | Email/Text: RASEBN@raslg.com | Jul 18 2023 21:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518986296 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2023 21:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518963405 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Jul 18 2023 21:05:00 | PACCAR Financial Corp., Attn: Linda Markle, BK Specialist, P.O. Box 1518, Bellevue, WA 98009-1518 |
| 518793056 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2023 21:04:00 | PNC, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518732588 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2023 21:04:00 | PNC, PO Box 747032, Pittsburgh, PA 15274 |
| 518996521 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 18 2023 21:05:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518732596 | + | Email/Text: customercreditterms@unfi.com | Jul 18 2023 21:04:00 | United Natural Foods, 313 Iron Horse Way, Providence, RI 02908-5637 |
| 518732597 | ^ | MEBN | Jul 18 2023 20:59:48 | Vengroff Williams Inc, PO Box 4155, Sarasota, FL 34230-4155 |
| 519022003 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2023 21:14:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2023 | Form ID: 137 | Total Noticed: 54 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518732573 | | CAR LOAN |
| intp | *+ | Genya Daukshta, 2225 Wisteria St., Sarasota, FL 34239-3936 |
| 519292802 | ##+ | Genya Daukshta, 2225 Wisteria Street, Sarasota, FL 34239-3936 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | on behalf of Interested Party McManimon Scotland & Baumann  LLC adobin@msbnj.com, cgallo@msbnj.com |
| Andrew Sklar | on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com |
| Christian Del Toro | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Keith David Sklar | on behalf of Defendant Raphael S Gardee mail@njpalaw.com |
| Margaret Mcgee | on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com  anovoa@slgcollect.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 18, 2023 | Form ID: 137 | Total Noticed: 54 |

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas J Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William B. Sanderson, Jr.
    on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com
    kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com

TOTAL: 18