UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Margaret McGee, Esq.
One Newark Center, Suite 2100
Newark, NJ    07102
Telephone:    (973) 645-3014
Facsimile:    (973) 645-5993
Email: Maggie.McGee@usdoj.gov

In Re:

Raphael S. Gardee,

Debtor.

In Re:
Andrew R. Vara
United States Trustee, Regions 3 and 9

                              Plaintiff,

v.

Raphael S. Gardee,

                              Defendant.

Order Filed on August 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    20-13167 (KCF)

Chapter: 7

Adv. No.:    21-01209 (KCF)

Hearing Date:    June 27, 2023, at 11:00 a.m.

Judge:    The Honorable Kathryn C. Ferguson

## ORDER FOR SUMMARY JUDGMENT

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 1, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Defendant: Raphael S. Gardee

Chapter 7 Case No. 20-13167 (KCF)

Adv. Pro. No. 18-01565 (KCF)

**Order for Summary Judgment**

_____

THIS MATTER having been presented to the Court upon the motion ("Motion") of Plaintiff, Andrew R. Vara, for summary judgment in accordance with Federal Rule of Civil Procedure 56, made applicable in this proceeding by Fed. R. Bankr. P. 7056, as to the Complaint in the above-captioned adversary proceeding against the Defendant, Raphael S. Gardee; and the Court having considered the papers submitted in support of and in opposition to the Motion, if any; and the Court having further considered the oral argument at a hearing scheduled for June 27, 2023 ("Hearing"); and the Court having set forth its findings of fact and conclusions of law regarding the Motion at the Hearing, all of which are incorporated into this Judgment in their entirety, and good cause having been shown for the relief set forth in this Judgment, it is hereby;

**ORDERED, ADJUDGED AND DECREED:**

1.      Judgment is entered in favor of the Plaintiff, Andrew R. Vara, and against Defendant, Raphael S. Gardee.

2.      Defendant Raphael S. Gardee's discharge is hereby denied pursuant to 11 U.S.C. § 727.

3.      The Clerk of the Court is directed to enter an Order Denying Discharge in Defendant's main case.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 20-13167-KCF

Raphael S Gardee                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrea Dobin | on behalf of Interested Party McManimon Scotland & Baumann  LLC adobin@msbnj.com, cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| Andrew Sklar | on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com |
| Christian Del Toro | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |

District/off: 0312-3                          User: admin                              Page 2 of 2
Date Rcvd: Aug 08, 2023                       Form ID: pdf903                           Total Noticed: 1

Denise E. Carlon
                          on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com,
                          bkgroup@kmllawgroup.com

Frank J Martone
                          on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Margaret Mcgee
                          on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov

Margaret Mcgee
                          on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Rebecca K. McDowell
                          on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com  anovoa@slgcollect.com

Thomas Orr
                          on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr
                          tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas J Orr
                          on behalf of Trustee Thomas Orr tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov

William B. Sanderson, Jr.
                          on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com
                          kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com


TOTAL: 16