UNITED STATES BANKRUPTY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ  08611
609.695.6070
*ATTORNEYS FOR THOMAS J. ORR,*
*CHAPTER 7 TRUSTEE*

IN RE:

Raphael S. Gardee,

        Debtor.

Order Filed on August 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 20-13167(CMG)

Hearing Date: August 24, 2023
at 2:30 p.m.

Honorable Christine M. Gravelle, U.S.B.J.

### ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF FEES & EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC COUNSEL TO THOMAS J. ORR, CHAPTER 7 TRUSTEE

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: August 24, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Raphael S. Gardee

Case No: 20-13167(CMG)

Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of McManimon, Scotland & Baumann, LLC, counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1. McManimon, Scotland & Baumann, LLC, counsel to the Trustee, is hereby granted first and final allowance on account of legal services rendered to the Trustee in the sum of $21,556.00 together with the sum of $663.84 for out-of-pocket disbursements, for a total allowance of $22,219.84 without prejudice to said counsel's right to seek additional allowances.

4858-1195-5057, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-13167-CMG
Raphael S Gardee  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Aug 24, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:

**Name**      **Email Address**

Amar Anand Agrawal
     on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrea Dobin
     on behalf of Interested Party McManimon Scotland & Baumann  LLC adobin@msbnj.com, cgallo@msbnj.com

Andrea Dobin
     on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com

Andrew Sklar
     on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com

Candyce Ilene Smith-Sklar
     on behalf of Debtor Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com

Christian Del Toro
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frank J Martone
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Margaret Mcgee
    on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Rebecca K. McDowell
    on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com  anovoa@slgcollect.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas J Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William B. Sanderson, Jr.
    on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com

TOTAL: 16