Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13167−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raphael S Gardee
   161 Pleasant Valley Rd
   Titusville, NJ 08560

Social Security No.:
   xxx−xx−0208

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 17, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 113 − 112
Order Granting Application to Employ Sharer, Petree, Brotz and Snyder as Accountant (Related Doc # 112). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/17/2023. (mjb)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 17, 2023
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-13167-CMG
Raphael S Gardee  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Nov 17, 2023      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

**Recip ID    Recipient Name and Address**
acc      + Robert N. Snyder, Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

**Name    Email Address**

Amar Anand Agrawal
    on behalf of Creditor Fulton Bank NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrea Dobin
    on behalf of Interested Party McManimon Scotland & Baumann LLC adobin@msbnj.com, cgallo@msbnj.com

Andrea Dobin
    on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com

Andrew Sklar
    on behalf of Creditor Rainforest Distribution andy@sklarlaw.com kathleen@sklarlaw.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor Raphael S Gardee njpalaw@gmail.com r56958@notify.bestcase.com

Christian Del Toro
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 17, 2023 | Form ID: orderntc | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frank J Martone
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Margaret Mcgee
    on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Rebecca K. McDowell
    on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com anovoa@slgcollect.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

Thomas J Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William B. Sanderson, Jr.
    on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com

TOTAL: 16