

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>(609)386-8700<br>tom@torrlaw.com<br>Attorney for Chapter 7 Trustee | |

**Order Filed on November 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>GARDEE, RAPHAEL S<br><br>Debtor | Case No.:   20-13167<br>Chapter:    7<br>Judge:      CMG |
|---|---|

## ORDER AUTHORIZING RETENTION OF

### SHARER PETREE BROTZ & SNYDER

The relief set forth on the following page is **ORDERED**.

**DATED: November 17, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>Sharer Petree Brotz & Snyder</u> as <u>Accountant for Chapter 7 Trustee</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:

    | 1103 Laurel Oak Road |
    | --- |
    | Suite 105B |
    | Voorhees, NJ 08043 |

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-13167-CMG
Raphael S Gardee  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Nov 17, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

**Recip ID              Recipient Name and Address**
db                + Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

**Name**              **Email Address**

Amar Anand Agrawal
    on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Andrea Dobin
    on behalf of Interested Party McManimon Scotland & Baumann  LLC adobin@msbnj.com, cgallo@msbnj.com

Andrea Dobin
    on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com

Andrew Sklar
    on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com

Christian Del Toro
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com

Case 20-13167-CMG    Doc 115    Filed 11/19/23    Entered 11/20/23 00:19:24    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Margaret Mcgee | on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas J Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William B. Sanderson, Jr. | on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com |

TOTAL: 16