Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13167−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Raphael S Gardee
  161 Pleasant Valley Rd
  Titusville, NJ 08560

Social Security No.:
  xxx−xx−0208

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE:         May 14, 2024
TIME:         02:00 PM
LOCATION:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $15,000.00
TOTAL DISBURSEMENTS:       $555.05
BALANCE ON HAND:        $14,444.95

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Thomas J. Orr, Trustee

COMMISSION OR FEES
$2,250.00

EXPENSES
$665.45

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: April 1, 2024
JAN: gan

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13167-CMG |
| Raphael S Gardee | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 01, 2024 | Form ID: 192 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |
| r | + | Berkshire Hathaway Home Services Fox and Roach Rea, 33 Witherspoon Street, Princeton, NJ 08542-3207 |
| cr | + | Eastern Funding LLC, C/O Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| intp | + | McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| acc | + | Robert N. Snyder, Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518732564 | + | AMCA, 2269 S Saw Mill River Rd, Elmsford, NY 10523-3814 |
| 518983808 | + | BEGLEY CARLIN MANDIO LLP, 680 MIDDLETOWN BOULEVARD, LANGHORNE, PA 19047-1817 |
| 518732568 | + | Baldor Foods, 155 Food Center Dr, Bronx, NY 10474-7136 |
| 518732570 | + | Begley Carlin and Mandio, 680 Middletown Blvd, Langhorne, PA 19047-1817 |
| 518732572 | + | Bunker Hill, 7 Three Acre Lane, Princeton, NJ 08540-8437 |
| 518732575 | + | Columbus Central, PO Box 220, Columbus, NJ 08022-0220 |
| 518732577 | + | Crivelli and Barbati, 2653 Nottingham Way, Trenton, NJ 08619-4109 |
| 518801995 | + | Eastern Funding, LLC, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518732579 | + | Fulton Bank, Attn Eisenberg Gold and Agarwal, 1040 North Kings Highway, Cherry Hill, NJ 08034-1908 |
| 518732585 | + | New Chapter Inc, Attn Amato and Keating, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 518732586 | + | PA Dept of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 518732587 | | PACCAR Financial, 4991 W US Hwy 20, Horsham, PA 19044 |
| 520027293 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 518732589 | + | Princeton Nassau Pediatrics, 301 Harrison Street, Princeton, NJ 08540-3527 |
| 518732590 | + | Princeton Orthopedics, 325 Princeton Ave, Princeton, NJ 08540-1617 |
| 518732591 | + | Quest Diagnostics, PO Box 64813, Baltimore, MD 21264-4813 |
| 518962596 | + | RAINFOREST DISTRIBUTION, C/O SKLAR LAW LLC, 20 BRACE ROAD SUTIE 205, CHERRY HILL, NJ 08034-2634 |
| 518732592 | | Sklar Law, 1200 Laurel Rd, Voorhees, NJ 08043 |
| 518732594 | + | Stockx, 1046 Woodward Ave, Detroit, MI 48226-3540 |
| 518732595 | + | Township of Falls Authority, 557 Lincoln Highway, Fairless Hills, PA 19030-1401 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2024 23:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2024 23:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fultonbank.com | Apr 01 2024 23:58:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2024 23:53:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, ATTN: BANKRUPTCY, MIAMISBURG, OH 45342 |
| acc | + | Email/Text: rsnyder@sharerpbs.com | | |

Case 20-13167-CMG    Doc 125    Filed 04/03/24    Entered 04/04/24 00:21:13    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 192 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 01 2024 23:56:00 | Robert N. Snyder, Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 519441476 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2024 00:41:54 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518732565 | ^ | MEBN | Apr 01 2024 22:44:12 | Amcol Systems, PO Box 21625, Columbia, SC 29221-1625 |
| 518732566 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 00:43:08 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518963576 | + | Email/Text: bkfilings@zwickerpc.com | Apr 01 2024 23:58:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518732571 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 02 2024 00:41:46 | BMW Financial, PO Box 3608, Dublin, OH 43016 |
| 518968024 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 01 2024 23:56:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518732569 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 01 2024 23:56:00 | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 518732574 | + | Email/Text: Harris@ebn.phinsolutions.com | Apr 01 2024 23:58:00 | Childrens Hosp of Phil, PO Box 5462, Chicago, IL 60680-5462 |
| 518732576 | + | Email/Text: documentfiling@lciinc.com | Apr 01 2024 23:52:00 | Comcast Business, PO Box 70219, Philadelphia, PA 19176-0219 |
| 518732578 | ^ | MEBN | Apr 01 2024 22:48:38 | Fedex, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 518807763 | + | Email/Text: bankruptcy@fultonbank.com | Apr 01 2024 23:58:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, New Jersey 08054-3411 |
| 518732580 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 01 2024 23:55:00 | IC Systems, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 518732581 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2024 23:55:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518732582 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 01 2024 23:55:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518986768 | + | Email/Text: RASEBN@raslg.com | Apr 01 2024 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518732583 | | Email/Text: bknotices@mbandw.com | Apr 01 2024 23:55:00 | McCarthy Burgess and Wolff, 26000 cannon Rd, Bedford, OH 44146 |
| 518986296 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 01 2024 23:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518963405 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Apr 01 2024 23:57:00 | PACCAR Financial Corp., Attn: Linda Markle, BK Specialist, P.O. Box 1518, Bellevue, WA 98009-1518 |
| 518793056 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2024 23:53:00 | PNC, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518732588 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2024 23:53:00 | PNC, PO Box 747032, Pittsburgh, PA 15274 |
| 520140592 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 01 2024 23:53:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518732593 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 01 2024 23:53:00 | State of NJ, PO Box 269, Trenton, NJ 08695-0269 |
| 518996521 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 01 2024 23:57:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518732596 | + | Email/Text: customercreditterms@unfi.com | | |

Case 20-13167-CMG    Doc 125    Filed 04/03/24    Entered 04/04/24 00:21:13    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 192 | Total Noticed: 55 |

| Recip ID | Bypass | | Date/Time | Name and Address |
|---|---|---|---|---|
| 518732597 | ^ | MEBN | Apr 01 2024 23:51:00 | United Natural Foods, 313 Iron Horse Way, Providence, RI 02908-5637 |
| | | | Apr 01 2024 22:48:59 | Vengroff Williams Inc, PO Box 4155, Sarasota, FL 34230-4155 |
| 519022003 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 01 2024 23:49:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518732573 | | CAR LOAN |
| intp | *+ | Genya Daukshta, 2225 Wisteria St., Sarasota, FL 34239-3936 |
| 518732567 | ##+ | Armac, 71 Passaic Ave, Florham Park, NJ 07932-3040 |
| 519292802 | ##+ | Genya Daukshta, 2225 Wisteria Street, Sarasota, FL 34239-3936 |
| 518732584 | ##+ | MLR Solutions, PO Box 60536, King of Prussia, PA 19406-0536 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Interested Party McManimon Scotland & Baumann LLC adobin@msbnj.com, cgallo@msbnj.com |
| Andrew Sklar | on behalf of Creditor Rainforest Distribution andy@sklarlaw.com kathleen@sklarlaw.com |
| Barry R. Sharer | on behalf of Accountant Robert N. Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Raphael S Gardee njpalaw@gmail.com r56958@notify.bestcase.com |
| Christian Del Toro | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 01, 2024 | Form ID: 192 | Total Noticed: 55 |

        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Margaret Mcgee
        on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov

Margaret Mcgee
        on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Rebecca K. McDowell
        on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com anovoa@slgcollect.com

Thomas Orr
        tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
        on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

Thomas J Orr
        on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

William B. Sanderson, Jr.
        on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com
        kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com

TOTAL: 17