UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
Attorney for Trustee

Order Filed on May 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GARDEE, RAPHAEL S

| | |
|---|---|
| Case No.: | 20-13167 |
| Hearing Date: | May 14, 2024 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

## ORDER OF COMPENSATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 14, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thomas J. Orr, Trustee | $2,250.00 | $665.45 |

*rev. 08/01/15*