# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| RAPHAEL S GARDEE | § § | Case No. 20-13167-CMG |
| Debtor | § § | |

### AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS J. ORR, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 380,000.00                    Assets Exempt: 3,150.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00          Claims Discharged
                                                Without Payment: 1,957,356.20

Total Expenses of Administration: 15,000.00

---

3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $580,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 28,177.29 | 28,177.29 | 15,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,196.32 | 6,196.32 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,043,590.00 | 1,764,289.31 | 1,261,069.88 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,623,590.00 | $1,798,662.92 | $1,295,443.49 | $15,000.00 |

4) This case was originally filed under chapter 7 on 02/26/2020. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/06/2024                    By:/s/THOMAS J. ORR, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC<br>2730 Liberty Ave Pittsburgh, PA 15222 | | 80,000.00 | NA | NA | 0.00 |
| | PNC<br>PO Box 747032 Pittsburgh, PA 15274 | | 400,000.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC PO Box 747032 Pittsburgh, PA 15274 | | 80,000.00 | NA | NA | 0.00 |
| | PNC PO Box 747032 Pittsburgh, PA 15274 | | 20,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $580,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE THOMAS J. ORR | 2100-000 | NA | 2,250.00 | 2,250.00 | 1,176.63 |
| TRUSTEE THOMAS J. ORR | 2200-000 | NA | 665.45 | 665.45 | 347.99 |
| THOMAS J. ORR-BOND | 2300-000 | NA | 32.80 | 32.80 | 32.80 |
| SURETY TITLE COMPANY | 2500-000 | NA | 220.00 | 220.00 | 220.00 |
| Axos Bank | 2600-000 | NA | 302.25 | 302.25 | 302.25 |
| ANDREA DOBIN, ESQ. | 3210-000 | NA | 21,556.00 | 21,556.00 | 11,272.63 |
| ANDREA DOBIN, ESQ. | 3220-000 | NA | 663.84 | 663.84 | 347.15 |
| ROBERT SNYDER, CPA | 3410-000 | NA | 2,471.50 | 2,471.50 | 1,292.47 |
| ROBERT SNYDER, CPA | 3420-000 | NA | 15.45 | 15.45 | 8.08 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $28,177.29 | $28,177.29 | $15,000.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | 0.00 | NA | NA | 0.00 |
| | State of NJ | | 0.00 | NA | NA | 0.00 |
| 21 | GENYA DAUKSHTA | 5100-000 | NA | 5,700.00 | 5,700.00 | 0.00 |
| 22A | PENNSYLVANIA DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 496.32 | 496.32 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $6,196.32 | $6,196.32 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMCA<br>2269 S Saw Mill River Rd<br>Elmsford, NY 10523 | | 70.00 | NA | NA | 0.00 |
| | Amcol Systems<br>PO Box 21625 Columbia, SC 29221 | | 100.00 | NA | NA | 0.00 |
| | Armac<br>71 Passaic Ave Florham Park, NJ 07932 | | 100.00 | NA | NA | 0.00 |
| | Baldor Foods<br>155 Food Center Dr Bronx, NY 10474 | | 300.00 | NA | NA | 0.00 |
| | Barclays Bank<br>125 South West Street<br>Wilmington, DE 19801 | | 3,500.00 | NA | NA | 0.00 |
| | BMW Financial<br>PO Box 3608 Dublin, OH 43016 | | 16,000.00 | NA | NA | 0.00 |
| | Bunker Hill<br>7 Three Acre Lane Princeton, NJ 08540 | | 1,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Childrens Hosp of Phil PO Box 5462 Chicago, IL 60680 | | 1,000.00 | NA | NA | 0.00 |
| | Columbus Central PO Box 220 Columbus, NJ 08022 | | 400.00 | NA | NA | 0.00 |
| | Comcast Business PO Box 70219 Philadelphia, PA 19176 | | 2,000.00 | NA | NA | 0.00 |
| | Crivelli and Barbati 2653 Nottingham Way Trenton, NJ 08619 | | 21,000.00 | NA | NA | 0.00 |
| | Fedex PO Box 371461 Pittsburgh, PA 15250 | | 0.00 | NA | NA | 0.00 |
| | JCP&L PO Box 3687 Akron, OH 44309 | | 7,000.00 | NA | NA | 0.00 |
| | McCarthy Burgess and Wolff 26000 cannon Rd Bedford, OH 44146 | | 1,200.00 | NA | NA | 0.00 |
| | MLR Solutions PO Box 60536 King of Prussia, PA 19406 | | 500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New Chapter Inc Attn Amato and Keating 107 North Commerce Way Bethlehem, PA 18017 | | 0.00 | NA | NA | 0.00 |
| | Princeton Nassau Pediatrics 301 Harrison Street Princeton, NJ 08540 | | 100.00 | NA | NA | 0.00 |
| | Princeton Orthopedics 325 Princeton Ave Princeton, NJ 08540 | | 100.00 | NA | NA | 0.00 |
| | Quest Diagnostics PO Box 64813 Baltimore, MD 21264 | | 100.00 | NA | NA | 0.00 |
| | Sklar Law 1200 Laurel Rd Voorhees, NJ 08043 | | 10,000.00 | NA | NA | 0.00 |
| | Stockx 1046 Woodward Ave Detroit, MI 48226 | | 120.00 | NA | NA | 0.00 |
| | Township of Falls Authority 557 Lincoln Highway Fairless Hills, PA 19030 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | United Natural Foods 313 Iron Horse Way Providence, RI 02908 |  | 42,000.00 | NA | NA | 0.00 |
|  | Vengroff Williams Inc PO Box 4155 Sarasota, FL 34230 |  | 3,000.00 | NA | NA | 0.00 |
| 11 | AMERICAN EXPRESS NATIONAL BANK, AENB | 7100-000 | 24,000.00 | 104,970.17 | 104,970.17 | 0.00 |
| 12 | BANK OF AMERICA N. A. | 7100-000 | NA | 3,195.79 | 3,195.79 | 0.00 |
| 13 | BEGLEY CARLIN MANDIO LLP | 7100-000 | 6,000.00 | 5,622.03 | 5,622.03 | 0.00 |
| 1 | EASTERN FUNDING, LLC | 7100-000 | NA | 342,688.26 | 342,688.26 | 0.00 |
| 2 | EASTERN FUNDING, LLC | 7100-000 | NA | 210,253.64 | 210,253.64 | 0.00 |
| 3 | EASTERN FUNDING, LLC | 7100-000 | NA | 87,887.80 | 87,887.80 | 0.00 |
| 4 | EASTERN FUNDING, LLC | 7100-000 | NA | 54,351.93 | 54,351.93 | 0.00 |
| 5 | EASTERN FUNDING, LLC | 7100-000 | NA | 21,028.39 | 21,028.39 | 0.00 |
| 6 | FULTON BANK NA | 7100-000 | NA | 40,576.41 | 0.00 | 0.00 |
| 7 | FULTON BANK NA | 7100-000 | 900,000.00 | 325,161.35 | 325,161.35 | 0.00 |
| 8 | FULTON BANK NA | 7100-000 | NA | 462,643.02 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | JPMORGAN CHASE BANK N. A. | 7100-000 | NA | 9,853.16 | 9,853.16 | 0.00 |
| 17 | JPMORGAN CHASE BANK N. A. | 7100-000 | NA | 30,047.83 | 30,047.83 | 0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | NA | 11,545.43 | 11,545.43 | 0.00 |
| 15 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | NA | 10,170.45 | 10,170.45 | 0.00 |
| 10 | PACCAR FINANCIAL CORP. | 7100-000 | 3,500.00 | 19,019.38 | 19,019.38 | 0.00 |
| 22B | PENNSYLVANIA DEPARTMENT OF REVENUE | 7100-000 | NA | 21.15 | 21.15 | 0.00 |
| 9 | RAINFOREST DISTRIBUTION | 7100-000 | NA | 9,455.85 | 9,455.85 | 0.00 |
| 18 | U. S. BANK NA DBA ELAN FINANCIAL SER | 7100-000 | NA | 14,561.97 | 14,561.97 | 0.00 |
| 19 | VERIZON | 7100-000 | NA | 1,060.35 | 1,060.35 | 0.00 |
| 20 | VERIZON | 7100-000 | 0.00 | 174.95 | 174.95 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,043,590.00 | $1,764,289.31 | $1,261,069.88 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-13167 | CMG | Judge: | Christine M. Gravelle | Trustee Name: | THOMAS J. ORR, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RAPHAEL S GARDEE | | | | Date Filed (f) or Converted (c): | 02/26/2020 (f) |
| | | | | | 341(a) Meeting Date: | 04/20/2020 |
| For Period Ending: | 08/06/2024 | | | | Claims Bar Date: | 12/17/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE<br><br>161 PLEASANT VALLEY RD., TITUSVILLE, NJ 08560-50% OWNERSHIP | 350,000.00 | 300,000.00 | OA | 0.00 | FA |
| 2. REAL ESTATE<br><br>36 WILFORD AVENUE, TITUSVILLE, NJ-REACHED SETTLEMENT WITH CO-OWNER | 320,000.00 | 169,900.00 | | 15,000.00 | FA |
| 3. AUTOMOBILES AND OTHER VEHICLES<br><br>2016 JEEP | 20,000.00 | 0.00 | | 0.00 | FA |
| 4. AUTOMOBILES AND OTHER VEHICLES<br><br>2011 FORD F350 | Unknown | 0.00 | | 0.00 | FA |
| 5. AUTOMOBILES AND OTHER VEHICLES<br><br>2008 MERCEDES E63 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 6. AUTOMOBILES AND OTHER VEHICLES<br><br>2011 FREIGHTERLINER | Unknown | 0.00 | | 0.00 | FA |
| 7. TV FURNITURE COMPUTER | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. BANK ACCOUNTS<br><br>CITIZENS BANK | 150.00 | 0.00 | | 0.00 | FA |
| 9. STOCK AND BUSINESS INTERESTS<br><br>GARDEE GROUP LLC 100%, BIG BEAR HOLDINGS LLC 62%, BIG BEAR OF LAMBERTVILLE 50%, BIG BEAR LANGHORN 40%, BIG BEAR OF PENNINGTON 40%, BIG BEAR NJ 100%, LITTLE BEAR NJ 100% (NEVER OPERATED) | 0.00 | 0.00 | | 0.00 | FA |
| 10. CLAIMS AGAINST ABDURRAHAM GARDEE GENYA (GARDEE) DAUKSHTA | Unknown | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 20-13167 | CMG | Judge: | Christine M. Gravelle | Trustee Name: | THOMAS J. ORR, TRUSTEE |
| Case Name: | RAPHAEL S GARDEE | | | | Date Filed (f) or Converted (c): | 02/26/2020 (f) |
| | | | | | 341(a) Meeting Date: | 04/20/2020 |
| For Period Ending: | 08/06/2024 | | | | Claims Bar Date: | 12/17/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. MALPRACTICE CLAIM AGAINST DAVID P. DAVIS, ESQ. | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $703,150.00     $479,900.00     $15,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

AUGUST 6, 2024-AWAITING APPROVAL OF TDR AND FINAL DECREE TO RETIRE FILE

Initial Projected Date of Final Report (TFR): 03/30/2022     Current Projected Date of Final Report (TFR): 12/30/2023

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 20-13167
Case Name: RAPHAEL S GARDEE
Taxpayer ID No: XX-XXX4855
For Period Ending: 08/06/2024

Trustee Name: THOMAS J. ORR, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0743
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $24,801,242.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/28/22 | | SURETY TITLE COMPANY<br>11 EVES DRIVE<br>SUITE 150<br>MARLTON, NJ 08053 | PROCEEDS OF SALE OF DEBTOR'S INTEREST IN PROPERTY TO CO OWNER | | $14,780.00 | | $14,780.00 |
| | | | Gross Receipts $15,000.00 | | | | |
| | | | SETTLEMENT CHARGES ($220.00) | 2500-000 | | | |
| | 2 | | REAL ESTATE $15,000.00 | 1110-000 | | | |
| 08/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.32 | $14,763.68 |
| 09/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.30 | $14,747.38 |
| 10/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $15.76 | $14,731.62 |
| 11/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.27 | $14,715.35 |
| 12/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $15.72 | $14,699.63 |
| 01/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.23 | $14,683.40 |
| 01/26/23 | 7001 | THOMAS J. ORR-BOND<br>321 HIGH STREET<br>BURLINGTON, NJ 08016 | BLANKET BOND PAYMENT | 2300-000 | | $8.24 | $14,675.16 |
| 02/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.21 | $14,658.95 |
| 03/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $14.62 | $14,644.33 |
| 04/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.17 | $14,628.16 |
| 05/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $15.63 | $14,612.53 |
| 06/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.13 | $14,596.40 |

Page Subtotals: $14,780.00    $183.60

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-13167 | Trustee Name: THOMAS J. ORR, TRUSTEE |
| Case Name: RAPHAEL S GARDEE | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0743 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4855 | Blanket Bond (per case limit): $24,801,242.00 |
| For Period Ending: 08/06/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $15.60 | $14,580.80 |
| 08/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.10 | $14,564.70 |
| 09/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.08 | $14,548.62 |
| 10/02/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $15.55 | $14,533.07 |
| 11/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.05 | $14,517.02 |
| 12/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $15.51 | $14,501.51 |
| 01/02/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $16.01 | $14,485.50 |
| 02/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | $15.99 | $14,469.51 |
| 02/02/24 | 7002 | THOMAS J. ORR-BOND<br>321 HIGH STREET<br>BURLINGTON, NJ 08016 | BLANKET BOND REIMBURSEMENT | 2300-000 | | $24.56 | $14,444.95 |
| 05/15/24 | 7003 | THOMAS J. ORR, TRUSTEE<br>321 HIGH STREET<br>BURLINGTON, NJ 08016-4411 | TRUSTEE FEE | 2100-000 | | $1,176.63 | $13,268.32 |
| 05/15/24 | 7004 | THOMAS J. ORR, TRUSTEE<br>321 HIGH STREET<br>BURLINGTON, NJ 08016-4411 | TRUSTEE'S EXPENSES | 2200-000 | | $347.99 | $12,920.33 |
| 05/15/24 | 7005 | ANDREA DOBIN, ESQ.<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 RIVERVIEW PLAZA<br>TRENTON, NJ 08611 | ATTORNEY FEES | 3210-000 | | $11,272.63 | $1,647.70 |
| 05/15/24 | 7006 | ANDREA DOBIN, ESQ.<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 RIVERVIEW PLAZA<br>TRENTON, NJ 08611 | ATTORNEY EXPENSES | 3220-000 | | $347.15 | $1,300.55 |

Page Subtotals: $0.00  $13,295.85

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 20-13167  
Case Name: RAPHAEL S GARDEE  
Taxpayer ID No: XX-XXX4855  
For Period Ending: 08/06/2024  

Trustee Name: THOMAS J. ORR, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0743  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $24,801,242.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/24 | 7007 | BARRY R. SHARER<br>SHARER PETREE BROTZ & SNYDER<br>1103 LAUREL OAK ROAD, SUITE 105B<br>VOORHEES, NJ 08043 | ACCOUNTANT'S FEES | 3410-000 | | $1,292.47 | $8.08 |
| 05/15/24 | 7008 | BARRY R. SHARER<br>SHARER PETREE BROTZ & SNYDER<br>1103 LAUREL OAK ROAD, SUITE 105B<br>VOORHEES, NJ 08043 | ACCOUNTANT'S EXPENSES | 3420-000 | | $8.08 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $14,780.00 | $14,780.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $14,780.00 | $14,780.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,780.00 | $14,780.00 |

Page Subtotals: $0.00    $1,300.55

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0743 - Checking Account (Non-Interest Earn | $14,780.00 | $14,780.00 | $0.00 |
| | $14,780.00 | $14,780.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $220.00 |
| Total Net Deposits: | $14,780.00 |
| Total Gross Receipts: | $15,000.00 |

Page Subtotals:    $0.00    $0.00