Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−13167−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raphael S Gardee
   161 Pleasant Valley Rd
   Titusville, NJ 08560

Social Security No.:
   xxx−xx−0208

Employer's Tax I.D. No.:

---

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☑ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 17, 2024
JAN: gan

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 20-13167-CMG
Raphael S Gardee | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Sep 17, 2024     Form ID: cscnodsc     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raphael S Gardee, 161 Pleasant Valley Rd, Titusville, NJ 08560-2104 |
| r | + | Berkshire Hathaway Home Services Fox and Roach Rea, 33 Witherspoon Street, Princeton, NJ 08542-3207 |
| cr | + | Eastern Funding LLC, C/O Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| intp | + | McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518732564 | + | AMCA, 2269 S Saw Mill River Rd, Elmsford, NY 10523-3814 |
| 518983808 | + | BEGLEY CARLIN MANDIO LLP, 680 MIDDLETOWN BOULEVARD, LANGHORNE, PA 19047-1817 |
| 518732568 | + | Baldor Foods, 155 Food Center Dr, Bronx, NY 10474-7136 |
| 518732570 | + | Begley Carlin and Mandio, 680 Middletown Blvd, Langhorne, PA 19047-1817 |
| 518732572 | + | Bunker Hill, 7 Three Acre Lane, Princeton, NJ 08540-8437 |
| 518732575 | + | Columbus Central, PO Box 220, Columbus, NJ 08022-0220 |
| 518732577 | + | Crivelli and Barbati, 2653 Nottingham Way, Trenton, NJ 08619-4109 |
| 518801995 | + | Eastern Funding, LLC, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518732579 | + | Fulton Bank, Attn Eisenberg Gold and Agarwal, 1040 North Kings Highway, Cherry Hill, NJ 08034-1908 |
| 518732585 | + | New Chapter Inc, Attn Amato and Keating, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 518732586 | + | PA Dept of Revenue, PO Box 280431, Harrisburg, PA 17128-0431 |
| 518732587 | | PACCAR Financial, 4991 W US Hwy 20, Horsham, PA 19044 |
| 520027293 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 518732589 | + | Princeton Nassau Pediatrics, 301 Harrison Street, Princeton, NJ 08540-3527 |
| 518732590 | + | Princeton Orthopedics, 325 Princeton Ave, Princeton, NJ 08540-1617 |
| 518732591 | + | Quest Diagnostics, PO Box 64813, Baltimore, MD 21264-4813 |
| 518962596 | + | RAINFOREST DISTRIBUTION, C/O SKLAR LAW LLC, 20 BRACE ROAD SUTIE 205, CHERRY HILL, NJ 08034-2634 |
| 518732592 | | Sklar Law, 1200 Laurel Rd, Voorhees, NJ 08043 |
| 518732594 | + | Stockx, 1046 Woodward Ave, Detroit, MI 48226-3540 |
| 518732595 | + | Township of Falls Authority, 557 Lincoln Highway, Fairless Hills, PA 19030-1401 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fultonbank.com | Sep 17 2024 20:35:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2024 20:33:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, ATTN: BANKRUPTCY, MIAMISBURG, OH 45342 |
| acc | + | Email/Text: rsnyder@sharerpbs.com | Sep 17 2024 20:34:00 | Robert N. Snyder, Sharer Petree Brotz & Snyder, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 519441476 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 17 2024 20:37:56 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518732565 | ^ | MEBN | Sep 17 2024 20:27:49 | Amcol Systems, PO Box 21625, Columbia, SC 29221-1625 |
| 518732566 | + | Email/PDF: bncnotices@becket-lee.com | Sep 17 2024 20:38:17 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518963576 | + | Email/Text: bkfilings@zwickerpc.com | Sep 17 2024 20:35:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518732571 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Sep 17 2024 20:48:51 | BMW Financial, PO Box 3608, Dublin, OH 43016 |
| 518968024 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 17 2024 20:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518732569 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 17 2024 20:34:00 | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 518732574 | + | Email/Text: Harris@ebn.phinsolutions.com | Sep 17 2024 20:35:00 | Childrens Hosp of Phil, PO Box 5462, Chicago, IL 60680-5462 |
| 518732576 | + | Email/Text: documentfiling@lciinc.com | Sep 17 2024 20:32:00 | Comcast Business, PO Box 70219, Philadelphia, PA 19176-0219 |
| 518732578 | ^ | MEBN | Sep 17 2024 20:29:29 | Fedex, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 518807763 | + | Email/Text: bankruptcy@fultonbank.com | Sep 17 2024 20:35:00 | Fulton Bank, NA, 533 Fellowship Road, Suite 250, Mount Laurel, New Jersey 08054-3411 |
| 518732580 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 17 2024 20:34:00 | IC Systems, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 518732581 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2024 20:34:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518732582 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 17 2024 20:34:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518986768 | + | Email/Text: RASEBN@raslg.com | Sep 17 2024 20:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518732583 | | Email/Text: bknotices@mbandw.com | Sep 17 2024 20:34:00 | McCarthy Burgess and Wolff, 26000 cannon Rd, Bedford, OH 44146 |
| 518986296 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2024 20:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518963405 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Sep 17 2024 20:35:00 | PACCAR Financial Corp., Attn: Linda Markle, BK Specialist, P.O. Box 1518, Bellevue, WA 98009-1518 |
| 518793056 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2024 20:33:00 | PNC, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518732588 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2024 20:33:00 | PNC, PO Box 747032, Pittsburgh, PA 15274 |
| 520140592 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 17 2024 20:33:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518732593 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 17 2024 20:33:00 | State of NJ, PO Box 269, Trenton, NJ 08695-0269 |
| 518996521 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 17 2024 20:35:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518732596 | + | Email/Text: customercreditterms@unfi.com | Sep 17 2024 20:32:00 | United Natural Foods, 313 Iron Horse Way, |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: cscnodsc | Total Noticed: 55 |

| | | | | | |
|---|---|---|---|---|---|
| 518732597 | | ^ MEBN | | | Providence, RI 02908-5637 |
| | | | | Sep 17 2024 20:29:43 | Vengroff Williams Inc, PO Box 4155, Sarasota, FL 34230-4155 |
| 519022003 | | + Email/PDF: ebn_ais@aisinfo.com | | Sep 17 2024 20:48:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518732573 | | CAR LOAN |
| intp | *+ | Genya Daukshta, 2225 Wisteria St., Sarasota, FL 34239-3936 |
| 518732567 | ##+ | Armac, 71 Passaic Ave, Florham Park, NJ 07932-3040 |
| 519292802 | ##+ | Genya Daukshta, 2225 Wisteria Street, Sarasota, FL 34239-3936 |
| 518732584 | ##+ | MLR Solutions, PO Box 60536, King of Prussia, PA 19406-0536 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  NA aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | on behalf of Interested Party McManimon Scotland & Baumann  LLC adobin@msbnj.com, cgallo@msbnj.com |
| Andrew Sklar | on behalf of Creditor Rainforest Distribution andy@sklarlaw.com  kathleen@sklarlaw.com |
| Barry R. Sharer | on behalf of Accountant Robert N. Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Raphael S Gardee njpalaw@gmail.com  r56958@notify.bestcase.com |
| Christian Del Toro | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 17, 2024 | Form ID: cscnodsc | Total Noticed: 55 |

| | |
|---|---|
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Margaret Mcgee | |
| | on behalf of Plaintiff Andrew R. Vara maggie.mcgee@usdoj.gov |
| Margaret Mcgee | |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | |
| | on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas Orr | |
| | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | |
| | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas J Orr | |
| | on behalf of Trustee Thomas Orr tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William B. Sanderson, Jr. | |
| | on behalf of Interested Party Genya Daukshta wsanderson@williamsandersonlaw.com kbrand@spearwilderman.com;r59081@notify.bestcase.com;b.wr78636@notify.bestcase.com |

TOTAL: 17